FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 10 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE CIRCUIT COURT OF
LEE COUNTY STATE OF ARKANSAS

ROBERT S. MITCHELL
   V.          4:23-cv-00742-LPR-JTK
BOARD OF CORRECTION, AND
POST PRISON TRANSFER BOARD

PETITION FOR A
WRIT OF HABEAS CORPUS

COMES NOW ROBERT S. MITCHELL IN PRO SE
FOR A WRIT OF HABEAS CORPUS

THE PETITIONER A PRISONER IN THE DIVISION
OF CORRECTION EAST ARKANSAS REGIONAL UNIT
PO BOX 970 MARIANNA ARK. 72360

THE PETITIONER WAS SENTENCED AS A
HABITUAL OFFENDER STATUE ACA 5-4-501(b)

PETITIONER ENTERED GUILTY PLEA IN 2019,
FOR CRIMES COMMITTED OCT 18, 2018 FOR THE
ACA 5-13-201 BATTERY 1, TO A CLASS [A]
FELONY WHICH WAS ENHANCED BY

This case assigned to District Judge Rudofsky
and to Magistrate Judge Kearney

PAGE (1) OF (16)

ACA 5-74-108 (SEE) EXHIBIT(1) THE SENTENCING ORDER (SEE) ALSO EXHIBIT(1)(A) AND(1)(B) ENGAGING IN VIOLENCE IN CONCERT WITH(2) OR MORE PERSONS

UPON ENTERING THE DIVISION OF CORRECTION IN 2019 THE PETITIONER'S TIME COMPUTATION CARD WAS CALCULATED BY OMIS UNDER PAROLE STATUE ACA 16-93-615 TO WIT PETITIONER WAS TO SERVE 1/2 LESS GOOD TIME (SEE) EXHIBIT(2) PAROLE STATUE TIME COMPUTATION CARD. OF 2019.

ON FEBRUARY 03-202 THE PETITIONER RECIEVED A NEW TIME CARD STATING A CLASS OF FELONY CHANGE FROM CLASS(A) FELONY TO A CLASS(Y) FELONY, ALSO PLACING PETITIONER UNDER A SENTENCE OF ACT 1805 WHICH IS A VIOLATION OF PETITIONER'S CONSTITUTIONAL RIGHTS TO DUE PROCESS OF LAW, THE(5TH) FIFTH AMEND. OF THE US CONSTITUTION (SEE) EXHIBIT(3) THE SECOND TIME COMPUTATION CARD.

AMENDMENT 80 OF ARK. CONSTITUTION EFFECT JULY 1 2001 ESTABLISHED CIRCUIT COURTS

ELECTRONICALLY FILED
Hot Spring County Circuit Court
Teresa Pilcher, Hot Spring County Circuit Clerk
2019-Sep-27 14:58:17
30CR-18-261
C07D02 : 2 Pages

# SENTENCING ORDER

IN THE CIRCUIT COURT OF **Hot Spring** COUNTY, ARKANSAS, **SEVENTH** JUDICIAL DISTRICT **2** DIVISION

On **9/10/2019** the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

| Defendant (Last, First, MI) | Mitchell, Robert | DOB | 6/9/1976 | Sex | ☒ Male ☐ Female | Total Number of Counts | 1 |
|---|---|---|---|---|---|---|---|

| SID# | | Race & Ethnicity | ☒ White ☐ Other | ☐ Black ☐ Unknown | ☐ Asian ☐ Hispanic | ☐ Native American ☐ Pacific Islander |
|---|---|---|---|---|---|---|

**Supervision Status at Time of Offense**

| Judge | Eddy R. Easley | File Stamp |
|---|---|---|
| Prosecuting Attorney/Deputy | Stephen L. Shirron | |
| Defendant's Attorney | JONATHAN HUBER | ☒ Private ☐ Appointed ☐ Public Defender ☐ Pro Se |

Change of Venue ☐ Yes ☒ No
If Yes, from:

☐ Pursuant to A.C.A. ☐ 16-93-301 et seq., or ☐ _____ this Court, without making a finding of guilt or entering a judgment of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment:

☐ is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Department of Community Correction (D.C.C.) rules and regulations.

☒ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Department of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing and intelligent waiver of right to counsel. ☐ Yes ☒ No

| A.C.A. # / Name of Offense | 5-13-201 - BATTERY - 1 | | | | Case # 30CR-18-261-2 |
|---|---|---|---|---|---|
| A.C.A. # Orig. Charge | | ATN 1291038 | Offense was | ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted | |
| Offense Date | 8/30/2018 | Appeal from District Court ☐ Yes ☒ No | Probation/SIS Revocation ☐ Yes ☒ No | | |
| Criminal History Score | 2 | Seriousness Level 8 | Offense is ☒ Felony ☐ Misd. ☐ Violation | Offense Classification ☐ Y ☒ A ☐ B ☐ C ☐ D ☐ U | |
| Presumptive Sentence | ☒ Prison Sentence of 120 to 300 months | ☐ Community Corrections Center | ☐ Alternative Sanction | | |
| Number of Counts | 1 | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to Commit the Offense | | | |

| Defendant Sentence | ☒ ADC ☐ Jud Trans ☐ Cnty Jail | If probation or SIS accompanied by period of confinement, state time: ___ days ___ mths |
|---|---|---|
| Imposed | 204 months | Sentence was enhanced ___ months, pursuant to A.C.A. 5-74-108 |
| Probation | 0 months | Enhancement(s) is to run ☒ Concurrent ☐ Consecutive |
| SIS | 0 months | Defendant was sentenced as a habitual offender, pursuant to A.C.A. 5-4-501, subsection |
| Other | ☐ Life ☐ LWOP ☐ Death | ☐ (a) ☒ (b) ☐ (c) ☐ (d) |

| Victim Information (Multiple Victims ☐ Yes ☐ No) | ☒ N/A | Age | Sex ☐ Male ☐ Female | Race & Ethnicity ☐ Pacific Islander | ☐ White ☐ Other | ☐ Black ☐ Unknown | ☐ Asian | ☐ Native American ☐ Hispanic |
|---|---|---|---|---|---|---|---|---|

Defendant voluntarily, intelligently and knowingly entered a
☒ negotiated plea of ☒ guilty ☐ nolo contendere
☐ plea directly to the court of ☐ guilty ☐ nolo contendere

Defendant
☐ was sentenced pursuant to ☐ 16-93-301 et seq. ☐ Other _____
☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by ☐ court ☐ jury
☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury
☐ was found guilty of lesser offense by ☐ court ☐ jury

| Sentence is a Departure ☐ Yes ☒ No ☐ N/A | Sentence Departure ☐ Durational ☐ Dispositional ☐ Both | If Durational, state how many months above/below the Presumptive Sentence | 0 |
|---|---|---|---|

Departure Reason  Mitigating # ___ or Aggravating # ___ (For Agg #17, Mit #9 or departure from guidelines, explain)

Sentence will run ☐ Consecutive ☒ Concurrent to Offense # ___ or to Case # 30CR-17-377-2

EXHIBIT (1)
PAGE (3) OF (16)

| | Defendant's Full Name: Mitchell, Robert | |
|---|---|---|
| **Sex Offenses**<br>Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form and pay the Mandatory Sex Offender Fee.<br>☐ Yes ☑ No<br>Defendant has committed an aggravated sex offense as defined in A.C.A. 12-12-903<br>☐ Yes ☑ No<br>Defendant is alleged to be a sexually dangerous person and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. 12-12-918.<br>☐ Yes ☑ No<br>Defendant has been adjudicated guilty of an offense requiring registration and has previously been adjudicated guilty of a prior sex offense under a separate case number. If yes, list prior case numbers.<br>☐ Yes ☑ No  Case Number(s) | | **Domestic Violence Offenses**<br>Defendant has been adjudicated guilty of a domestic-violence related offense and must pay additional court costs of $25 under Act 583 of 2017.<br>☐ Yes ☑ No<br>Defendant was originally charged with a domestic-violence related offense.<br>☐ Yes ☑ No<br>If Yes, state the A.C.A. # of the Offense<br><br>If Yes to either question, identify the relationship of the victim to the Defendant by offense number. |
| **DNA Sample / Qualifying Offenses**<br>Defendant has been adjudicated guilty of a qualifying offense or repeat offense as defined in A.C.A. 12-12-1103.  ☐ Yes ☑ No<br>Defendant is ordered to have a DNA sample drawn at<br>☐ a D.C.C. Facility ☑ the A.D.C. ☐ Other | | **Drug Crime**<br>Defendant has been adjudicated guilty of a drug crime as defined in A.C.A. 12-17-101.<br>☐ Yes ☑ No |

| Court Costs | $150.00 | Restitution | $2,043.00 |
|---|---|---|---|
| Fines | | Payable to [if multiple beneficiaries, give names and payment priority]<br>HOT SPRING COUNTY CLERK'S OFFICE; IVAN DIXON, 5232 SAND RD MALVERN AR | |
| Booking/Admin Fees ($20) | $40.00 | | |
| Drug Crime Assessment Fee ($125) | | | |
| DNA Sample Fee ($250) | | Terms ☐ Due Immediately<br>☑ Installments of: PAYMENTS $100 PER MONTH | |
| Children's Advocacy Center Fund Fee | | | |
| Public Defender User Fee ($25) | | ☑ Payments must be made within 90 days of release from A.D.C.<br>☐ Upon release from confinement, Defendant must return to court to establish payment of restitution.<br>☑ Restitution is joint and several with co-defendant(s) who was found guilty. List name(s) and case number(s).<br>TIMOTHY GRUBBS 30CR-18-261-1 RAYMOND SHIELDS 30CR-18-261-1 TRAVIS WILSON 30CR-18-261-1 | |
| Public Defender Attorney Fee | | | |
| Other (explain below) | $0.00 | | |

Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act.  ☐ Yes ☑ No
The Court hereby orders a judicial transfer to the Department of Community Correction. ☐ Yes ☑ No
Pursuant to Community Punishment Act, the defendant shall be eligible to have his/her records sealed. ☐ Yes ☑ No

Extended Juvenile Jurisdiction Applied ☐ Yes ☑ No

| JAIL TIME CREDIT<br>In days: 190 | TOTAL TIME TO BE SERVED FOR ALL OFFENSES<br>In months: 204  ☐ Life ☐ LWOP | Death Penalty<br>☐ Yes ☑ No | If Yes, State Execution Date |
|---|---|---|---|

DEFENDANT IS ASSIGNED TO: ☑ ADC  ☐ ADC, Admin. Transfer Authorized  ☐ CCC  ☐ COUNTY JAIL  ☐ PROBATION  ☐ SIS

Conditions of disposition or probation are attached. ☐ Yes ☑ No
A copy of the Pre-sentence Investigation on sentencing Information is attached ☐ Yes ☑ No
A copy of the Prosecutor's Short Report is attached ☐ Yes ☑ No
☐ Defendant has previously failed a drug court program

DEFENDANT WAS INFORMED OF APPELLATE RIGHTS ☐ Yes ☑ No  Appeal Bond $

The County Sheriff is hereby ordered to: ☐ transport the defendant to county jail  ☐ take custody for referral to CCC  ☑ transport to ADC

Defendant shall report to DCC probation officer for report date to CCC ☐ Yes ☑ No

Prosecuting Attorney/Deputy Signature: [signature]  Date: 9/27/19  Print Name: Stephen L. Shirron
Circuit Judge Signature: [signature] Eddy R. Easley  Date: 9-27-19  Print Name: Eddy R. Easley

**Additional Info**
CONCURRENT WITH 30CR-17-377-2 AND TIME SERVING
NO CONTACT WITH VICTIM

EXHIBIT (1)(A)

PAGE (4) OF (16)

WESTLAW

§ 5-74-108. Violence in concert with others--Enhanced penalties
AR ST § 5-74-108    West's Arkansas Code Annotated | Title 5. Criminal Offenses   (Approx. 2 pages)

West's Arkansas Code Annotated
 Title 5. Criminal Offenses (Refs & Annos)
  Subtitle 6. Offenses Against Public Health, Safety, or Welfare (Chapters 60 to 79)
   Chapter 74. Gangs (Refs & Annos)
    Subchapter 1. Arkansas Criminal Gang, Organization, or Enterprise Act (Refs & Annos)

A.C.A. § 5-74-108

§ 5-74-108. Violence in concert with others--Enhanced penalties

Currentness

(a) Any person who violates any provision of Arkansas law that is a crime of violence while acting in concert with two (2) or more other persons is subject to enhanced penalties.

(b) Upon conviction of a crime of violence committed while acting in concert with two (2) or more other persons, the classification and penalty range is increased by one (1) classification.

(c) The fact that the group was not a criminal gang, organization, or enterprise is not a defense to prosecution under this section.

**Credits**
Acts of 1993, Act 1002, § 1.

**Editors' Notes**

HISTORICAL AND STATUTORY NOTES

Arkansas Code Revision Commission

Technical changes were made in 2006 to conform with the official Arkansas Code of 1987 as approved by the Arkansas Code Revision Commission.

Notes of Decisions (4)

A.C.A. § 5-74-108, AR ST § 5-74-108
The constitution and statutes are current through laws passed by the 2021 Regular Session of the 93rd Arkansas General Assembly effective through July 1, 2021, and changes made by the Arkansas Code Revision Commission received through June 1, 2021.

End of Document    © 2021 Thomson Reuters. No claim to original U.S. Government Works.

EXHIBIT (1)(B)

PAGE (5) OF (16)

PORT NO. OTCR118     ARKANSAS DEPARTMENT OF CORRECTION     PAGE: 1 of 2
TIME COMPUTATION CARD     PROCESSED: 10/11/2019 11:26 AM
REQUESTOR: Valerie C Inman

**INMATE NAME:** Mitchell, Robert     **ADC #:** 119186D

**LOCATION:** Grimes Unit     **HOUSING:** ISO10116     **CLASS:** IV     **OF:** 09/30/2019

You have been committed to the ADC to serve the following sentences. The release dates listed below are only a projection and include all good time which can be earned based on your current class. If all projected good time is not earned, these release dates will change.

| CMT. | OFFENSE | FEL CLS | DOCKET NUMBER | COUNTY NAME | TOTAL SENTENCE YY/MM/DD | PE/TE | | JAIL TIME |
|---|---|---|---|---|---|---|---|---|
| AD-001 | Domestic Battering 1st Habitual Offender | B | CR-2008-560 | Garland | 0y 240m 0d | IN | 1/2* | 521 |
| AD-002 | Criminal Mischief-1st Deg Habitual Offender | C | CR-2008-560 | Garland | 0y 240m 0d | CC | 1/3* | 521 |
| AE-001 | Escape-3rd Degree Habitual Offender | C | CR-2017-421 | Hot Spring | 0y 240m 0d | CC | 1/3* | 10 |
| AF-001 | Aggravated Assault Habitual Offender | D | CR-2017-377 | Hot Spring | 0y 120m 0d | CC | 1/3* | 37 |
| AF-002 | Battery-1st Degree Habitual Offender | A | CR-2018-261 | Hot Spring | 0y 204m 0d | CC | 1/2* | 190 |
| AF-003 | Engage Viol Crim Grp Act Habitual Offender | A | CR-2018-261 | Hot Spring | 0y 204m 0d | CC | 1/2* | 190 |

**TOTAL SENTENCE LENGTH** 20y 0m 0d

**RELEASE DATES:**

**TRANSFER ELIGIBILITY DATE:** 09/02/2027

**DISCHARGE DATE:** 05/20/2039

EXHIBIT (2)

PAGE (6) OF (16)

Name: Mitchell, Robert

OTCS018A

# Time Computation Summary

ADC #: 119186D  PID #: 0097421

Friday February 03, 2023 03:19:18 PM

| Location: | East AR Region | Housing: | BK13040U | Class: | I-C | as of: | 04/21/2020 |
|---|---|---|---|---|---|---|---|
| Total Sentence Length: | 20y 0m 0d | TE Date: | 03/02/2036 | Discharge Date: | 05/20/2039 | | |

**Time Computation Summary** (1 - 6 of 6)

| Cmt | Offense | Fel. Cls | Docket Number | County | Sentence | | PE/TE | Jail Time |
|---|---|---|---|---|---|---|---|---|
| AD-001 | Domestic Battering 1st Habitual Offender | B | CR-2008-560 | Garland | 0y 240m 0d | | 1/2* | 521 |
| AD-002 | Criminal Mischief-1st Deg Habitual Offender | C | CR-2008-560 | Garland | 0y 240m 0d | CC | 1/3* | 521 |
| AE-001 | Escape-3rd Degree Habitual Offender | C | CR-2017-421 | Hot Spring | 0y 240m 0d | CC | 1/3* | 10 |
| AF-001 | Aggravated Assault Habitual Offender | D | CR-2017-377 | Hot Spring | 0y 120m 0d | CC | 1/3* | 37 |
| AF-002 | Engage Viol Crim Grp Act Habitual Offender | Y | CR-2018-261 | Hot Spring | 0y 204m 0d | CC | 1/2* | 190 |
| AF-003 | Battery-1st Degree Habitual Offender | Y | CR-2018-261 | Hot Spring | 0y 204m 0d | CC | No GT* | 190 |

EXHIBIT (3)

PAGE (7) OF (16)

# THE ELEMENTS OF A CLASS[Y] FIRST DEGREE BATTERY ARE NOT PRESENT IN THE PETITIONER'S CASE

(1) A PERSON COMMITTS:
A CLASS(Y) 5-13-201 BATTERY IN FIRST WHEN VICTIM IS 4 YEARS OF AGE OR YOUNGER (OFFENSE DATE JULY 31 2007 AND THEREAFTER)

(2) A PERSON COMMITTS: 5-13-201 CLASS Y BATTERY IN FIRST IF ENFORCEMENT IN LINE OF DUTY (OFFENSE DATE JULY 31 2007 AND THEREAFTER)

(3) A PERSON COMMITTS: CLASS(Y) BATTERY IN FIRST IF VICTIM IS A EMPLOYEE OF A CORRECTIONAL FACILITY (OFFENSE DATE MARCH 29 2019 AND THEREAFTER)

(4) A PERSON COMMITTS: CLASS Y BATTERY FIRST IF PURPOSELY CAUSING PERMANENT DISFIGUREMENT (OFFENSE DATE JULY 24 2019 AND THEREAFTER)

as the trial courts of original jurisdiction of all justiciable matters not otherwise assigned pursaunt to the constitution and specifically provided that jurisdiction on circuit courts established by this amendment includes all matters previously cognizable by the circuit courts.

A defendant does[n]ot come[to] the Division of Correction to[b]e sentenced [by] the Division of Correction the constitution prohibits this.

Therefore the Ark. Division of Correction has violated the[law] by stepping outside of the [f]our [c]orners of petitioner's [s]entencing order, by [a]cting as the [j]udge, jury, by [c]hanging the felony classification and placing the petitioner under Act 1805 without legal authority.

This is a violation of the separation of powers act, every judgement or decree shall be set fourth on a separate document (Civ R.58) A

JUDGEMENT OR/IS EFFECTIVE ONLY WHEN SO SET AN ENTERED AS PROVIDED IN ADMIN. ORDER #2

ART 2 § 17 OF THE ARKANSAS CONSTITUTION PROVIDES THE PRIVILEGE OF THE WRIT SHALL NOT BE SUSPENDED, EXCEPT BY GENERAL ASSEMBLY IN CASE OF REBELLION, INSURRECTION, OR INVASION, ACA 16-112-101 THRU A.C.A. 16-123-101, THE COURTS HAVE MADE IT CLEAR THAT THE WRIT IS APPROPRIATE WHEN A PERSON IS DETAINED WITHOUT LAWFUL AUTHORITY (SEE)

KOZAL V. BOARD OF CORRECTION 310 ARK 648, 840 SW 2d 164 (1992) DETENTION FOR AN ILLEGAL PERIOD OF TIME IS PRECISELY WHAT A WRIT OF HABEAS CORPUS IS DESIGNED TO CORRECT AMERICAN JURISPRUDENCE 2d STATES THE FUNDAMENTAL PRINCIPLES OF LAW.

CHALLENGES TO THE LENGTH OF CONFINEMENT ARE PROPERLY CONSIDERED IN CONTEXT OF HABEAS CORPUS PROCEEDINGS THUS THE UNLAWFUL CONFINEMENT OF AN INDIVIDUAL UNDER SENTENCE LONGER THAN PERMITTED BY ACA 16-93-615 CONSTITUTES A DENIAL

OF LIBERTY WITHOUT DUE PROCESS OF LAW AND A PETITIONER ALLEGING SUCH CONFINEMENT IS ENTITLED TO SEEK HABEAS CORPUS RELIEF (J. HART) (SEE)

CASE V. STATE NO. 08-244 ARK 5/15/2008 (ARK SUPP) STATE PAROLE ELIGIBILITY IS DETERMINED BY THE LAW IN EFFECT AT THE TIME CRIME IS COMMITTED. (SEE) BOLES V. HUCKABEE 340 ARK, 410 12 SW 3d 201 (SEE)

TIMMIONS V. KELLEY, 562 SW 3d 824 (ARK 2018) THE PETITIONER IS THEREFORE BEING FORCED TO SERVE A SENTENCE LONGER THAN AUTHORIZED BY ACA STATUE AT THE TIME OF [C]RIME WHICH MAKE OUT A COLORABLE CLAIM FOR HABEAS RELIEF (J. HART) (SEE)

ROGERS V. ARK. DEPT. OF CORR. 2022. ARK 19 638 SW 3d 265 ARK 2022 WITH RESPECT TO PAROLE ELIGIBILITY A PAROLE STATUE LESS FAVORABLE TO ONE (1) WHO HAD BEEN SENTENCED [PRIOR] TO ITS PASSAGE THAN THE PAROLE LAW EXISTING AT THE TIME OF HIS CRIME WOULD BE UNCONSTITUTIONAL AS A EXPOST FACTO LAW

IN VIOLATION OF ARK. CONSTITUTION ART 2 § 17.

FOR THIS REASON THE DIVISION OF CORRECTION MUST DETERMINE PAROLE ELIGIBILITY BY THE LAW IN EFFECT WHEN THE OFFENSE WAS COMMITTED, (SEE) ACA § 16-93-1301(b)(1) (SUPP 2003) ON THIS BASIS, THE DIVISION OF CORRECTION DOES NOT HAVE DISCRETION TO APPLY PAROLE STATUES EX POST FACTO (JUSTICE WOMACK CONCURRED WITHOUT WRITING SEPARATLY)

THEREFORE THE DIVISION OF CORRECTION HAS MISCALCULATED THE PETITIONERS PAROLE ELIGIBILITY BY APPLYING THE ACA 16-93-609 STATUE THAT IS EFFECTIVE DATE APRIL 27, 2021 TO A CRIME THAT WAS COMMITTED OCT 2018 PRIOR TO THE PASSING OF STATUE.

FUTHERMORE THE HABITUAL OFFENDER ACT ACA 5-4-501(b) DOES NOT ALLOW FOR THE OFFENDER TO SERVE 100% OF SENTENCE (SEE) THE STATE STATUE (SEE) LAWRENCE V STATE 2022 ARK APP NOV 16 2022

ACT 570 SB 750 TO IMPROVE PUBLIC SAFETY AND SLOW CORRECTIONS GROWTH ACA 5-4-501(d)(1) REGARDING THE §[d][1] A DEFENDANT WHO IS CONVICTED OF A FELONY INVOLVING VIOLENCE ENUMERATED IN §[d](2) OF THIS SECTION AND WHO [P]REVIOUSLY HAS BEEN CONVICTED OF [2] [T]WO OR MORE OF THE FELONIES INVOLVING VIOLENCE ENUMERATED IN [d][2] OF THIS SECTION

MAY BE SENTENCED TO PAY ANY FINES AUTHORIZED BY LAW FOR THE INVOLVING VIOLENCE CONVICTION, AND SHALL BE SENTENCED TO AN EXTENDED TERM OF IMPRISONMENT WITHOUT ELIGIBILITY TO PAROLE OR COMMUNITY CORRECTION TRANSFER [EXCEPT] UNDER ACA §16-93-615

FUTHEMORE THE MODIFICATION OF PETITIONER'S FELONY CLASS, HAS AMOUNTED TO A MODIFICATION OF MR MITCHELL'S SENTENCE, TO WHICH THE CIRCUIT COURT [NOR] THE DIVISION OF CORRECTIONS HAVE AUTHORITY TO DO ONCE THE EXECUTION OF SENTENCE IS PUT IN PLACE. (SEE)

REEVES V. STATE. THE ORIGIONAL OFFENSE COMMITTED BY REEVES OCCURED IN 1995 THE JUDGE-

MENT WAS ENTERED AUGUST 9 1995 WHICH PUT THE SENTENCE INTO EXECUTION THEREFORE AS A PRE ACT CASE THE SENTENCE CANNOT BE MODIFIED AFTER EXECUTION ( REVERSED REMANDED )

THE ~~DIVISION OF CORRECTION~~ RECORDS ADMIN HAS [N]O [A]UTHORITY TO MODIFY A SENTENCE THAT HAS BEEN EXECUTED [5] FIVE YEARS [P]RIOR TO FEBRUARY 03 2023

IN JOHNSON V STATE, 2012 ARK 212 JOHNSON MOVED TO HAVE SENTENCE MODIFIED, ALSO TO *HAVE SENTENCING ORDER MODIFIED* THE COURTS RESPONSE, STATE RESPONDED THAT AMENDING THE JUDGEMENT ORDER AS REQUESTED WOULD AMOUNT TO A MODIFICATION OF MR JOHNSON'S SENTENCE WHICH CIRCUIT COURTS HAD NO JURISDICTION TO DO [5-21-501(b)]

THIS LACK OF JURISDICTION IS DUE TO FACT THE SENTENCE WHICH JOHNSON DID NOT CONTEST AS ILLEGAL OR ILLEGALLY IMPOSED HAD [A]LREADY BEEN PUT [I]NTO [E]XECUTION

HERETOFORE THE PETITIONER IS SEEKING TO HAVE THIS MOST HONORABLE COURT MANDATE ~~THE DIVISION OF CORRECTION, AND PAROLE~~ RECORDS ~~ADMIN~~ ADMIN TO ADHERE

~~BOARD TO ADHERE TO THE~~ [4] FOUR CORNERS OF THE SENTENCING ORDER, ALSO ALLOW MR. MITCHELL TO GO TO PAROLE AS HE IS/OR WAS SCHEDULED TO GO TO PAROLE BOARD MARCH 16, 2023 (SEE) EXHIBIT #4

THEREFORE THE PETITIONER SO PRAYS THIS MOST HONORABLE COURT GRANT THIS [WRIT] REQUEST AND ORDER THE DIVISION OF CORRECTION TO FOLLOW THE LETTER OF THE LAW, IT IS SO PRAYED

I ROBERT S. MITCHELL DO SOMOLEY SWEAR UNDER THE PENALTY OF PURJURY THAT THE CONTENTS OF THIS WRIT IS TRUE AND CORRECT TO THE BEST OF MY ABILITY SO HELP ME GOD.

RESPECTFULLY
SUBMITTED
ROBERT S. MITCHELL
ADC# 119186
EAST ARK. REGIONAL UNIT
PO BOX 970
MARIANNA, AR 72360

signature *Robt S Mitchell*

# NOTICE OF HEARING

To: Mitchell, Robert

ADC#: 119186D

Date: 1/24/23

You are scheduled to appear before the Arkansas Parole Board* 3/16/2023
Month / Day / Year

* At the discretion of the Parole Board, your hearing may be conducted in person or via video.

For:
A. ☐ Parole
B. ☒ Transfer
C. ☐ Rescind Hearing
D. ☐ Executive Clemency
E. ☐ Reconsideration

One person from the group attending the Board with you may be elected as spokesperson to speak on your behalf. The other individuals at your hearing may be allowed to speak, if they have information the Commissioner believes to be relevant and if time permits. You will be allowed to select and identify persons to appear before the Board in support of your potential release on parole. These persons should be chosen for their ability to provide information to the Board relevant to your potential release. The persons chosen by you must be 14 years of age, or older, and must be chosen from your approved visitor list. In addition to otherwise qualified persons from your approved visitation list, you will be permitted to choose one spiritual advisor and to be represented by legal counsel of your choice. You are solely responsible for the cost of any legal representation.

When you appear before the Board, you are entitled to present to the Board any relevant documentary evidence in your possession. Prior to your appearance before the Board, you have the right to request access to statements or recommendations concerning your parole made by the Sheriff, Prosecutor, Judge, or other public official. If you wish to review those statements or recommendations, you must submit to the Institutional Release Officer (IRO) a written request to do so at least seven (7) days prior to meeting the Board.

If you were referred for RSVP or another treatment program, your application for treatment programs, program referral sheet, and all screenings will be reviewed by the Parole Board along with other documents. If you have not submitted your application and/or completed those programs, your release may be denied or deferred on that basis.

If you have any questions or need additional information, you should contact the IRO at your unit. Your IRO may be contacted by using Form Number 212, Request for Interview.

_Robert S Mitchell_
Signature of Inmate

1/24/23
Date

_Donna Cobb (ACC)_
Signature of Institutional Release Officer

1/24/23
Date    DCC 410

EXHIBIT (4)

PAGE (16) OF (16)

ACI-814

Form 63

STATE OF ARKANSAS

COUNTY OF _Lee_

Petitioner, _Robert S. Mitchell_, being first duly sworn under oath, presents that he has read and subscribed to the above and states that the information therein is true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME this _27_ day of _February_, 20_23_

_____
Notary Public

My Commission Expires: _12-15-2026_

PAUL HARRIS
No. 12701146
LEE COUNTY
Commission Expires 12-15-2026

## CERTIFICATE

I hereby certify that the Petitioner herein, _____ has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said _____ institution: _____
_____.

_____
Authorized Officer of Institution

# COVER SHEET

ARKANSAS COURT
OF APPEALS CLERK
600 CAPTIAL A 149
LITTLE ROCK ARK
   72201

ROBERT S. MITCHELL
#ADC# 119186
PO BOX 970
MARIANNA ARK
   72360

# Table of Contents

Writ of Habeas Corpus

Exhibits

Sentencing Order

A.C.A. Statue 5-74-108

Time Computation Cards (x2)

Notice of Hearing

Request Forms (x3)

Correspondence on Serving 100%

Certificate of Service

ROBERT S. MITCHELL
#119186 BKS 13-40
EARU PO BOX 970
MARIANNA ARK
        72360

Legal Mail

ARKANSAS COURT O[F]
APPEAL CLERK
600 CAPTIAL SUITE
LITTIE ROCK ARK
        72201