ELECTRONICALLY FILED
Hot Spring County Circuit Court
Teresa Pilcher, Hot Spring County Circuit Clerk
2019-Sep-27 14:58:17
30CR-18-261
C07D02 : 2 Pages

# SENTENCING ORDER

**RESPONDENT'S EXHIBIT B**

IN THE CIRCUIT COURT OF **Hot Spring** COUNTY, ARKANSAS,
**SEVENTH** JUDICIAL DISTRICT, **2** DIVISION

On **9/10/2019** the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

| Field | Value |
|---|---|
| Defendant (Last, First, MI) | Mitchell, Robert |
| DOB | 6/9/1976 |
| Sex | ☑ Male ☐ Female |
| Total Number of Counts | 1 |
| SID# | |
| Race & Ethnicity | ☑ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic |
| Supervision Status at Time of Offense | |
| Judge | Eddy R. Easley |
| Prosecuting Attorney/Deputy | Stephen L. Shirron |
| Defendant's Attorney | JONATHAN HUBER ☑ Private ☐ Public Defender ☐ Appointed ☐ Pro Se |
| Change of Venue | ☐ Yes ☑ No  If Yes, from: |

☐ Pursuant to A.C.A. ☐ 16-93-301 et seq., or ☐ _____ this Court, without making a finding of guilt or entering a judgment of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment:

☐ is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Department of Community Correction (D.C.C.) rules and regulations.

☑ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Department of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing and intelligent waiver of right to counsel. ☐ Yes ☑ No

| Field | Value |
|---|---|
| A.C.A. # / Name of Offense | 5-13-201 - BATTERY - I |
| Case # | 30CR-18-261-2 |
| A.C.A. # Orig. Charge | |
| ATN | 1291038 |
| Offense was | ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |
| Offense Date | 8/30/2018 |
| Appeal from District Court | ☐ Yes ☑ No |
| Probation/SIS Revocation | ☐ Yes ☑ No |
| Criminal History Score | 2 |
| Seriousness Level | 8 |
| Offense is | ☑ Felony ☐ Misd. ☐ Violation |
| Offense Classification | ☐ Y ☑ A ☐ B ☐ C ☐ D ☐ U |
| Presumptive Sentence | ☑ Prison Sentence of 120 to 300 months ☐ Community Corrections Center ☐ Alternative Sanction |
| Number of Counts | 1 |
| Defendant | ☐ Attempted ☐ Solicited ☐ Conspired to Commit the Offense |
| Defendant Sentence | ☑ ADC ☐ Jud Trans ☐ Cnty Jail |
| Imposed | 204 months |
| Probation | 0 months |
| SIS | 0 months |
| Other | ☐ Life ☐ LWOP ☐ Death |
| If probation or SIS accompanied by period of confinement, state time: ___ days ___ mths | |
| Sentence was enhanced ___ months, pursuant to A.C.A. 5-74-108 | |
| Enhancement(s) is to run | ☑ Concurrent ☐ Consecutive |
| Defendant was sentenced as a habitual offender, pursuant to A.C.A. 5-4-501, subsection | ☐ (a) ☑ (b) ☐ (c) ☐ (d) |
| Victim Information (Multiple Victims) | ☑ N/A ☐ Yes ☐ No |
| Age | |
| Sex | ☐ Male ☐ Female |
| Race & Ethnicity | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic |

Defendant voluntarily, intelligently and knowingly entered a
☑ negotiated plea of ☑ guilty ☐ nolo contendere
☐ plea directly to the court of ☐ guilty ☐ nolo contendere

Defendant
☐ was sentenced pursuant to ☐ 16-93-301 et seq. ☐ Other _____
☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by ☐ court ☐ jury
☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury
☐ was found guilty of lesser offense by ☐ court ☐ jury

Sentence is a Departure ☐ Yes ☑ No ☐ N/A
Sentence Departure ☐ Durational ☐ Dispositional ☐ Both
If Durational, state how many months above/below the Presumptive Sentence: 0

Departure Reason Mitigating # ___ or Aggravating # ___ (For Agg #17, Mit #9 or departure from guidelines, explain)

Sentence will run ☐ Consecutive ☑ Concurrent to Offense # ___ or to Case # 30CR-17-377-2

Defendant's Full Name: Mitchell, Robert

## Sex Offenses

Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form and pay the Mandatory Sex Offender Fee.
☐ Yes ☑ No

Defendant has committed an aggravated sex offense as defined in A.C.A. 12-12-903
☐ Yes ☑ No

Defendant is alleged to be a sexually dangerous person and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. 12-12-918.
☐ Yes ☑ No

Defendant has been adjudicated guilty of an offense requiring registration and has previously been adjudicated guilty of a prior sex offense under a separate case number. If yes, list prior case numbers.
☐ Yes ☑ No    Case Number(s)

## DNA Sample / Qualifying Offenses

Defendant has been adjudicated guilty of a qualifying offense or repeat offense as defined in A.C.A. 12-12-1103.    ☐ Yes ☑ No

Defendant is ordered to have a DNA sample drawn at
☐ a D.C.C. Facility  ☑ the A.D.C.  ☐ Other

## Domestic Violence Offenses

Defendant has been adjudicated guilty of a domestic-violence related offense and must pay additional court costs of $25 under Act 583 of 2017.
☐ Yes ☑ No

Defendant was originally charged with a domestic-violence related offense.
☐ Yes ☑ No
If Yes, state the A.C.A. # of the Offense

If Yes to either question, identify the relationship of the victim to the Defendant by offense number.

## Drug Crime

Defendant has been adjudicated guilty of a drug crime as defined in A.C.A. 12-17-101.
☐ Yes ☑ No

| | | | |
|---|---|---|---|
| Court Costs | $150.00 | Restitution | $2,043.00 |
| Fines | | Payable to [If multiple beneficiaries, give names and payment priority] HOT SPRING COUNTY CLERK'S OFFICE; IVAN DIXON, 5232 SAND RD MALVERN AR | |
| Booking/Admin Fees ($20) | $40.00 | | |
| Drug Crime Assessment Fee ($125) | | | |
| DNA Sample Fee ($250) | | Terms ☐ Due Immediately ☑ Installments of: PAYMENTS $100 PER MONTH | |
| Children's Advocacy Center Fund Fee | | ☑ Payments must be made within 90 days of release from A.D.C. | |
| Public Defender User Fee ($25) | | ☐ Upon release from confinement, Defendant must return to court to establish payment of restitution. | |
| Public Defender Attorney Fee | | ☑ Restitution is joint and several with co-defendant(s) who was found guilty. List name(s) and case number(s). TIMOTHY GRUBBS 30CR-18-261-1 RAYMOND SHIELDS 30CR-18-261-1 TRAVIS WILSON 30CR-18-261-1 | |
| Other (explain below) | $0.00 | | |

Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act.    ☐ Yes ☑ No
The Court hereby orders a judicial transfer to the Department of Community Correction.    ☐ Yes ☑ No
Pursuant to Community Punishment Act, the defendant shall be eligible to have his/her records sealed.    ☐ Yes ☑ No

Extended Juvenile Jurisdiction Applied    ☐ Yes ☑ No

| JAIL TIME CREDIT In days: 190 | TOTAL TIME TO BE SERVED FOR ALL OFFENSES In months: 204   ☐ Life ☐ LWOP | Death Penalty ☐ Yes ☑ No | If Yes, State Execution Date |
|---|---|---|---|

DEFENDANT IS ASSIGNED TO:   ☑ ADC   ☐ ADC, Admin. Transfer Authorized   ☐ CCC   ☐ COUNTY JAIL   ☐ PROBATION   ☐ SIS

Conditions of disposition or probation are attached.    ☐ Yes ☑ No

A copy of the Pre-sentence Investigation on sentencing information is attached   ☐ Yes ☑ No
A copy of the Prosecutor's Short Report is attached   ☐ Yes ☑ No

☐ Defendant has previously failed a drug court program

DEFENDANT WAS INFORMED OF APPELLATE RIGHTS    ☐ Yes ☑ No    Appeal Bond $

The County Sheriff is hereby ordered to: ☐ transport the defendant to county jail    ☐ take custody for referral to CCC    ☑ transport to ADC

Defendant shall report to DCC probation officer for report date to CCC    ☐ Yes ☑ No

Prosecuting Attorney/Deputy Signature: _____    Date: 9/27/19    Print Name: Stephen L. Shirron

Circuit Judge Signature: Eddy R. Easley    Date: 9-27-19    Print Name: Eddy R. Easley

**Additional Info**
CONCURRENT WITH 30CR-17-377-2 AND TIME SERVING
NO CONTACT WITH VICTIM