IGTT410            Attachment III
3GS

INMATE NAME: Mitchell, Robert      ADC #: 119186D      GRIEVANCE #: EA-23-00144

## WARDEN/CENTER SUPERVISOR'S DECISION

Inmate Mitchell, you stated in your grievance that, " This began on Feb 3, 2023 my time card has been changed several times after I was scheduled to see parole board March 16 2023 since I was sentenced by the court to do one thing then adc records changes my time card and goes outside of sentencing order changes the class of felony and adds and act that I was not sentenced to my time card without authority by the judge my time card show 1 thing for 4 four years then records changes it I do not fall under the act that was effective April 27 2021 because I was sentence in 2019 for a crime that was committed in 2018 therefore the laws in effect at the time of crime is what controls my sentence statue 16-93-615 was and should be my parole statue please fix time card to show this the. End of allotted space"

Mrs. Caldwell, Inmate Records Supervisor, stated that you are sentenced under the ACT 1805 for Battery I due to a prior conviction for Domestic Battery I. You are required to serve 100%. Therefore, your time was computed correctly. Your grievance is found to be without merit.

_Moses Jackson, B_         Title: Supt         Date: 4/6/23
Signature of Warden/Supervisor or Designee

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

Inmate Signature         ADC#: 119186    Date

If appealing, please submit both the Unit Level Grievance Form (Attachment I) and the Warden's Decision (Attachment III)

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center: Brickeys

Name: Robert S Mitchell

ADC# 119186   Brks # 13-40   Job Assignment PAI

FOR OFFICE USE ONLY
GRV. # EA 23-00144
Date Received: MAR 16 2023
GRV. Code #: 904

3-14-23 (Date) STEP ONE: Informal Resolution

3-15-23 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: Failed to Address the Issue

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? ___ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): THIS BEGAN ON Feb 3 2023, my Time Card Has Been Changed several times after I was scheduled to SEE PAROLE Board march 16 2023 Since I was SENTENCED BY THE COURT TO DO ONE Thing Then ADC RECORDS CHANGES MY TIME Card AND GOES OUTSIDE OF SENTENCING ORDER CHANGES THE CLASS OF Felony AND ADDS AND ACT THAT I was NOT SENTENCED TO my Time card WITHOUT AUTHORITY BY The Judge. My Time Card Show 1 Thing for (4) Four years Then Records Changes it. I DO NOT Fall Under The ACT That was EFFECTIVE APRIL 27 2021 Because I was sentence in 2019 for a crime That was committed IN 2018 Therefore The Laws in effect at The Time of Crime is What Controls my Sentence Statute 16-93-615 was AND Should be my Parole Status Please FIX Time Card To Show This. The Last incorrect was 14 days AGO [Time Card]

Inmate Signature: Robert S Mitchell    Date: 3-14-23

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on 3-14-23 (date), and determined to be Step One and/or an Emergency Grievance ___ (Yes or No). This form was forwarded to medical or mental health? ___ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

PRINT STAFF NAME (PROBLEM SOLVER): Sgt Norton   ID Number: 7620   Staff Signature: [signature]   Date Received: 3-14-23

Describe action taken to resolve complaint, including **dates**: You are required to serve 100% on the 2018 Battery 1st due to a previous conviction for Domestic Battering 1st from 2008.

Staff Signature & Date Returned: [signature] 3-15-23   Inmate Signature & Date Received: Robt S Mitch 3-15-23

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? ___ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

Name: Mitchell, Robert

IPTS005

# Sentence Data Sheet

ADC #: 119186D    PID #: 0097421

Thursday March 23, 2023 09:22:42 AM

| | | | | | |
|---|---|---|---|---|---|
| ADC#: | 119186D | Name: | Mitchell, Robert | Status: | Active |
| Sex: | Male | Race: | Caucasian | | |
| DOB: | 06/09/1976 | Age: | 46 | | |
| SSN: | 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 | SID: | 00692044 | FBI: | 39444AB7 |
| DNA Test: | | As of Date: | | Last Drug Test: | 12/11/2019 |
| Convicted Date: | 03/30/2010 | County: | Garland | | |
| Primary Offense: | Battery-1st Degree | Total Term: | 20y 0m 0d | | |
| Current Facility: | East AR Region. Unit [L01] | | | | |
| Current Custody Date: | 09/25/2019 | Type: | C4-Maximum | | |
| Score: | 39 | Parole Class: | I-C | | |
| Medical Grade: | M2-Avg.-Good Physical Condition | WRAT: | | BETA: | 000 |

## Sentencing Summary

4/16/10..recvd 20yrs 3/30/10 in Garland Co on 2008-560 with 521days jtc given..kb

Date: 06/26/19 --- Time: 02:47:18 PM --- User: M. Shults (SM17)
entered a 240 month sentence on sentencing order 2017-421 from Hot Spring County received 05/31/19 to run cc with the undischarged portion of the sentence currently serving. (10 days jail time credit) habitual offender. pv/nt ms

Date: 09/20/19 --- Time: 03:38:51 PM --- User: K. Noel-Emsweller (NOEKA01)
Recv'd a 120 month sentence on 09/10/2019 on dkt#(hab) 2017-377 from Hot Spring County with 37 days jtc. to run cc to the portion of time already entered...add'l time..KE

Date: 10/2/19 --- Time: 01:55:20 PM --- User: K. Noel-Emsweller (NOEKA01)
Rev'd a 204 month sentence on 09/10/2019 on dkt#(hab) 2018-261 from Hot Spring County with 190 days jtc. to run cc to the portion of time already entered...add'l time...KE

Date: 01/8/20 --- Time: 02:56:53 PM --- User: M. Shults (SM17)
amended sentencing order received on dk 2017-377 from Hot Spring County. nothing for Central Records to do, amending the fines and booking fees. ms
Date: 01/13/23 --- Time: 01:43:00 PM --- User: S. Maroney (LMM1)
TCF corrected to reflect 100%

## Commitments

| Cmt | County | Begin Date | Work Date | Status | Status Date |
|---|---|---|---|---|---|
| AD | Garland | 03/30/2010 | 04/16/2010 | Imposed | |

| Count | Docket# | Arrest Tracking# | Offense | Act(s) | How Served | Sentence Length | T/C | Status |
|---|---|---|---|---|---|---|---|---|
| 001 | 2008-560 | 963410 | Domestic Battering-1st Degree; Habitual Offender | 534 | Initial | 0y 240m 0d | 1/2 Sent Srvd B4 Parole | Imposed |

| 002 | 2008-560 | 963410 | Criminal Mischief-1st Degree; Habitual Offender | 534, 531 | Concurrent | 0y 240m 0d | 1/3 Sent Srvd B4 Parole | Imposed |

| Cmt | County | Begin Date | Work Date | Status | Status Date |
|---|---|---|---|---|---|
| AE | Hot Spring | 05/31/2019 | 04/16/2010 | Imposed | |

| Count | Docket# | Arrest Tracking# | Offense | Act(s) | How Served | Sentence Length | T/C | Status |
|---|---|---|---|---|---|---|---|---|
| 001 | 2017-421 | 1291461 | Escape-3rd Degree; Habitual Offender | 534 | Concurrent | 0y 240m 0d | 1/3 Sent Srvd B4 Parole | Imposed |

| Cmt | County | Begin Date | Work Date | Status | Status Date |
|---|---|---|---|---|---|
| AF | Hot Spring | 09/10/2019 | 04/16/2010 | Imposed | |

| Count | Docket# | Arrest Tracking# | Offense | Act(s) | How Served | Sentence Length | T/C | Status |
|---|---|---|---|---|---|---|---|---|
| 001 | 2017-377 | 1291700 | Aggravated Assault; Habitual Offender | 534 | Concurrent | 0y 120m 0d | 1/3 Sent Srvd B4 Parole | Imposed |
| 004 | 2018-261 | 1291038 | Battery-1st Degree; Engage Viol Crim Grp Act; Habitual Offender | 534 | Concurrent | 0y 204m 0d | No GT or Parole (1805, 946, Enhancement) | Imposed |

**Comments**

Date: 12/29/22 --- Time: 04:26:28 PM --- User: T. Hamp (HAMTO02)

Dkt #18-261 (AF/003) offender convicted of Battery I and has prior conviction of Domestic Battery I in dkt #08-560 (AD/001). Please review TCF on AF/003.

Date: 01/13/23 --- Time: 01:42:38 PM --- User: S. Maroney (LMM1)
TCF corrected to reflect 100%

**Outstanding Detainers/Notifications**

| Date Placed | Type | Authority | Agency Name |
|---|---|---|---|
| | | No Rows Found | |

**Dead-Time History** (1 - 5 of 5)

| Begin Date | Type | End Date | Forfeit Days | Cmt/Count | Dead-Time Days |
|---|---|---|---|---|---|
| 01/18/2019 | Transfer to ACC Supervision | 06/24/2019 | 0 | AD/001 | 0 |
| 07/27/2016 | Transfer to ACC Supervision | 11/13/2017 | 0 | AD/001 | 0 |
| 05/15/2003 | Transfer to ACC Supervision | 07/12/2004 | 0 | | |
| 02/11/2002 | Absconder | 04/30/2002 | 0 | | |
| 04/20/2001 | Transfer to ACC Supervision | 10/24/2002 | 0 | | |

# Arkansas Department of Correction
# Inmate Grievance Investigation Worksheet

The below listed inmate has filed a grievance/appeal with this office. In the area for an employee statement, please write a detailed response regarding the issue(s) stated by the inmate in this grievance. The statement "I have no knowledge", is not acceptable. Also, please submit any supporting documentation with your response, i.e., disciplinary, 005's, logs, medical information, other officers and/or inmate statements, etc.

EMPLOYEE: Caldwell, Jena A

UNIT: East AR Region. Unit

RE: INMATE: Mitchell, Robert

ADC#: 119186

FROM: Mills, Debra A

DUE DATE: 03/22/2023

GRIEVANCE #: EA-23-00144

DATE OF INCIDENT: 03/16/2023

RECORDS RECEIVED
MAR 17 REC'D
ARKANSAS DEPT. OF CORRECTION
EAST ARKANSAS REGIONAL UNIT

Inmate's Complaint:
This began on Feb 3, 2023 my time card has been changed several times after I was scheduled to see parole board March 16 2023 since I was sentenced by the court to do one thing then adc records changes my time card and goes outside of sentencing order changes the class of felony and adds and act that I was not sentenced to my time card without authority by the judge my time card show 1 thing for 4 four years then records changes it I do not fall under the act that was effective April 27 2021 because I was sentence in 2019 for a crime that was committed in 2018 therefore the laws in effect at the time of crime is what controls my sentence statue 16-93-615 was and should be my parole statue please fix time card to show this the. End of allotted space

Employee Statement: You are sentenced under ACT 1805 on the Battery 1st due to a prior conviction of Domestic Battery I. you are required to serve 100%. Time is computed correctly

Responding Staff Signature: Jena Caldwell
Date: 3/17/23

You are not to retaliate against this inmate for submitting this grievance. You are not to discuss this grievance with anyone, staff or inmate, except as necessary to complete your statement. If you are found to have retaliated against any inmate for using the grievance procedure, you will be subject to disciplinary action, which may be a verbal warning, a written warning, and/or termination.

IGU400  Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Mitchell, Robert         ADC #: 119186D
FROM: Long, Destiny A                 TITLE: Administrative Specialist II
DATE: 03/16/2023                       GRIEVANCE #: EA-23-00144

Please be advised, I have received your Grievance dated 03/14/2023 on 03/16/2023 .
You should receive communication regarding the Grievance by 04/13/2023

*Destiny Long*

Signature of Administrative Specialist II

## CHECK ONE OF THE FOLLOWING

- ◉ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ○ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ☒ This Grievance has been determined to be an emergency situation, as you so indicated.
- ○ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ○ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. If you do not receive communication regarding your grievance by the date listed above, you may move to the next level of the process. To do so, indicate in the Inmate's Appeal Section below that you did not receive a response and mail it to the appropriate Chief Deputy/Deputy/Assistant Director within five working days. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Inmate Signature

ADC#: 119186    Date

If appealing a rejection, please include both the Unit Level Grievance Form
(Attachment I) and the Rejection (Attachment II)