# WARDEN'S/CENTER SUPERVISOR'S DECISION

| | | | | | |
|---|---|---|---|---|---|
| **INMATE NAME:** | Mitchell, Robert | **ADC #:** | 119186D | **GRIEVANCE #:** | EA-23-00586 |

**WARDEN/CENTER SUPERVISOR'S DECISION:**

On 11-25-23 I sent a request to the records supervisor at the East AR Regional Unit (Mrs. Caldwell) About my time calculation being change to show that I am required to serve 100% on case #CR-2018-261, Upon entering Ark. Dept. of Correction around 2019 it was calculate to serve one half of my sentence in case #CR-2018-261 Battery 1t degree, I have brought this up several times since I had my parole taken away in 3/16/2023. When I signed my Plea Bagain I sighed on the habitual offenders Act 5-4-501 Subsection (b) in 2019 at the time of my crime parole statue 16-93-615 governed my parole, which I am to do one half of my sentence, 16-93-609 is a Conflicting statue, with

Mrs. Caldwell, Records Supervisor, stated you are required to serve 100% on the Battery 1st charge due to a prior conviction of Domestic Battery 1st in 2008. Your time is computed correctly. Therefore your grievance has been found without merit.

SIGNATURE OF WARDEN/SUPERVISOR OR DESIGNEE

*Moses Jackson Jr*

Date: 12/29/23   Title: Supt

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

INMATE SIGNATURE

Date

If appealing, please submit both the Unit Level Grievance Form (Attachment I) and the Warden's Decision (Attachment III)

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center **BRICKEYS UNIT (E.A.R.U)**

Name **Robert Shawn Mitchell**

ADC# **119186**   Brks # **13**   Job Assignment **PAL PROGRAM**

FOR OFFICE USE ONLY
GRV. # **EA-23-00586**
Date Received: **12-4-23**
GRV. Code #: **803**

**11-28-23** (Date) STEP ONE: Informal Resolution

**12-5-23** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: **NEVER RECIEVED (STEP ONE BACK) INFormal Resolution**

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): **ON 11-25-23 I SENT A REQUEST TO THE RECORDS SUPERVISOR AT THE EAST ARK. REGIONAL UNIT (Mrs. CALDWELL) ABOUT MY TIME CALCULATION BEING CHANGE TO SHOW THAT I AM REQUIRED TO SERVE 100% ON CASE # CR-2018-261. UPON ENTERING ARK. DEPT. OF CORRECTION AROUND 2019 IT WAS CALCULATE TO SERVE ONE HALF OF MY SENTANCE ON CASE # CR-2018-261 BATTERY 1ST DEGREE. I HAVE BROUGHT THIS UP SEVERAL TIME SINCE I HAD MY PAROLE TAKEN AWAY ON 3/16/2023. WHEN I SIGNED MY PLEA BAGAIN I SIGNED ON THE HABITUAL OFFENDERS ACT 5-4-501 SUBSECTION (b) IN 2019 AT THE TIME OF MY CRIME PAROLE STATUE 16-93-615 GOVERNED MY PAROLE. WHICH I AM TO DO ONE HALF OF MY SENTACE. 16-93-609 IS A CONFLICTING STATUE WITH THE HABITUAL OFFENDERS ACT 5-4-501 SUBSECTION (b) 16-93-615**

Inmate Signature: *Robert Shawn Mitchell*   Date: **11-28-23**

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on **11-28-23** (date), and determined to be **Step One** and/or an **Emergency Grievance** _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _____

Staff Signature & Date Returned _____   Inmate Signature & Date Received _____

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

Attachment II 00

# ACKNOWLEDGEMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

**TO:** Inmate Mitchell, Robert  **ADC#:** 119186D
**FROM:** Bell, Kim C  **TITLE:** ADC Inmate Grievance Coord
**DATE:** 12/04/2023  **GRIEVANCE #:** EA-23-00586

Please be advised, I have received your Grievance dated 11/28/2023 on 12/04/2023.
You should receive communication regarding the Grievance by 01/03/2024

SIGNATURE OF ADC INMATE GRIEVANCE COORD

**CHECK ONE OF THE FOLLOWING**

- ⦿ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ○ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ☐ This Grievance has been determined to be an emergency situation, as you so indicated.

- ○ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ○ This Grievance was REJECTED because it was either non-grievable (   ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. If you do not receive communication regarding your grievance by the date listed above, you may move to the next level of the process. To do so, indicate in the Inmate's Appeal Section below that you did not receive a response and mail it to the appropriate Chief Deputy/Deputy/Assistant Director within five working days. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

INMATE SIGNATURE

If appealing a rejection, please include both the Unit Level Grievance Form (Attachment I) and the Rejection (Attachment II)

# ARKANSAS DEPARTMENT OF CORRECTION
# INMATE GRIEVANCE INVESTIGATION WORKSHEET

Attachment VIII 00

The below listed inmate has filed a grievance/appeal with this office. In the area for an employee statement, please write a detailed response regarding the issue(s) stated by the inmate in this grievance. The statement "I have no knowledge", is not acceptable. Also, please submit any supporting documentation with your response, i.e., disciplinary, 005's, logs, medical information, other officers and/or inmate statements, etc.

| | | | |
|---|---|---|---|
| **EMPLOYEE:** | Caldwell, Jena A | **UNIT:** | East AR Region. Unit |
| **RE INMATE:** | Mitchell, Robert | **ADC#:** | 119186 |
| **FROM:** | Bell, Kim C | **DUE DATE:** | 12/08/2023 |
| **GRIEVANCE #:** | EA-23-00586 | **DATE OF INCIDENT:** | 12/04/2023 |

**Inmate's Complaint:**
On 11-25-23 I sent a request to the records supervisor at the East AR Regional Unit (Mrs. Caldwell) About my time calculation being change to show that I am required to serve 100% on case #CR-2018-261, Upon entering Ark. Dept. of Correction around 2019 it was calculate to serve one half of my sentence in case #CR-2018-261 Battery 1t degree, I have brought this up several times since I had my parole taken away in 3/16/2023. When I signed my Plea Bagain I sighed on the habitual offenders Act 5-4-501 Subsection (b) in 2019 at the time of my crime parole statue 16-93-615 governed my parole, which I am to do one half of my sentence, 16-93-609 is a Conflicting statue, with

**Employee Statement:** you are required to serve 100% on the Battery 1st Charge due to a prior conviction of Domestic Battery 1st in 2008. Reply sent 11-28-23 attached

**RESPONDING STAFF SIGNATURE**

*Jena Caldwell*

You are not to retaliate against this inmate for submitting this grievance. You are not to discuss this grievance with anyone, staff or inmate, except as necessary to complete your statement. If you are found to have retaliated against any inmate for using the grievance procedure, you will be subject to disciplinary action, which may be a verbal warning, a written warning, and/or termination.



RECEIVED RECORDS DEPARTMENT DEC 05 REC'D ARKANSAS DEPT. OF CORRECTION EAST ARKANSAS REGIONAL UNIT



**DATE:** 11-28-2023   **FROM:** Mrs. Caldwell, Records Supervisor   **RE:** Your Request/jc

**East Arkansas Regional Unit**

**TO:** Mitchell, Robert        **ADC#** 119186        **BKS#** 13-40 u

You are required to serve 100% on the Battery 1st charge due to a prior conviction of Domestic Battery 1st in 2008. Your time is computed correctly. Time card attached.

*No time card attached 12/18/23 Bell*

# ARKANSAS DEPARTMENT OF CORRECTION
# INMATE GRIEVANCE INVESTIGATION WORKSHEET

Attachment VIII 00

The below listed inmate has filed a grievance/appeal with this office. In the area for an employee statement, please write a detailed response regarding the issue(s) stated by the inmate in this grievance. The statement "I have no knowledge", is not acceptable. Also, please submit any supporting documentation with your response, i.e., disciplinary, 005's, logs, medical information, other officers and/or inmate statements, etc.

| | | | |
|---|---|---|---|
| **EMPLOYEE:** | Caldwell, Jena A | **UNIT:** | East AR Region. Unit |
| **RE INMATE:** | Mitchell, Robert | **ADC#:** | 119186 |
| **FROM:** | Bell, Kim C | **DUE DATE:** | 12/08/2023 |
| **GRIEVANCE #:** | EA-23-00586 | **DATE OF INCIDENT:** | 12/04/2023 |

**Inmate's Complaint:**
On 11-25-23 I sent a request to the records supervisor at the East AR Regional Unit (Mrs. Caldwell) About my time calculation being change to show that I am required to serve 100% on case #CR-2018-261, Upon entering Ark. Dept. of Correction around 2019 it was calculate to serve one half of my sentence in case #CR-2018-261 Battery 1t degree, I have brought this up several times since I had my parole taken away in 3/16/2023. When I signed my Plea Bagain I sighed on the habitual offenders Act 5-4-501 Subsection (b) in 2019 at the time of my crime parole statue 16-93-615 governed my parole, which I am to do one half of my sentence, 16-93-609 is a Conflicting statue, with

**Employee Statement:**


RESPONDING STAFF SIGNATURE

You are not to retaliate against this inmate for submitting this grievance. You are not to discuss this grievance with anyone, staff or inmate, except as necessary to complete your statement. If you are found to have retaliated against any inmate for using the grievance procedure, you will be subject to disciplinary action, which may be a verbal warning, a written warning, and/or termination.