In the United States District Court
Eastern District of Arkansas
Central Division

2024 JUN -5 A...

JANUARY... DOWNS

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

JUN 0 5 2024

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

Robert S. Mitchell
ADC #119186

V.                              Case 16: 4:23-CV-742-LPR

Dexter Payne, Director
Ark. Division of Correction

Motion to file written objection to
Dexter Payne's Motion to Dismiss Petition
For Writ of Habeas Corpus

## 1. Introduction

Now Comes Petitioner Robert S. Mitchell
in his pro se Capacity motioning this
Court to file his written objection to
the Dismissal of his Petition for Writ
of Habeas Corpus relief from the Computation
of his parole and transfer-eligibility dates.
Mitchell's petition is not timely-barred,
his claim is not procedurally defaulted,
his claim is cognizable and for
habeas relief. Accordingly, the petition
Should not be dismissed

## II. Facts and Procedural History

On Sept. 10, 2018 Mitchell pleaded guilty in Hot Springs County Circuit Court, to one count of 1st degree battery, a Class B felony in violation of Ark. Code Ann. 5-13-201, and the sentencing enhancement for violent criminal group activity in violation of Ark Code Ann. 5-74-108 (b). The enhancement raised the classification of his battery from a Class B to a Class A felony. As a habitual offender he received a 17 year sentence of imprisonment, with the agreement and understanding he was entering such a negotiated plea because the court was only ordering him to serve 1/3 to 1/2 of his sentence, pursuant to the parole eligibility law that was in effect at the time the crime was committed. To change and/or alter such a order, would violate court rules and make the negotiated plea null and void, subject to reversal and remand.

(See Exhibit A "Negotiated Plea") A 1+2
Mitchell enters into a Neg. Plea on Multiple Cases - Plus other terms of the Negotiated Plea pertaining % of time

(SEE Also, Timmians V. Kelly, 562 S.W. 3d 824)
(Ark. 2018);

(SEE Also, Rogers V. Ark. Dept of Corr. 2022 Ark.
19 638 S.W. 3d 265);

Pursuant to the foregoing reasons, the
Division of Corrections must adhere to
the Court order, terms of the negotiated
plea, and determine parole eligibility based
upon the law that was in effect at the
time the offense was committed, to do
otherwise would be a clear and blatant
violation of Article 2 §17 of the Arkansas
Constitution.

In conclusion and regards to the %
determination, the Habitual Offender Act
5-4-501 (b) does not allow to the offender
to serve 100%, it merely allows to the
number of years to be enforced.
(Lawrence V. State 2022 Ark App. Nov 16 2022)

ARST §5-4-501 (a)(1) A defendant who is
convicted of a felony involving violence
enumerated below and who has previously

Again addressing the issues, that a defendant does not come to the Division of Corrections to be sentenced or resentenced by the Division of Corrections. The Constitution itself Prohibits Such acts;

And to do so is a violation of the Separation of powers Act, Every judgment or Decree Shall be Set forth on a Separate document (Civ. R. 58) A judgement is only effective when Set and entered as provided in Admin. Order #2,

Furthermore in regards to addressing the % of time ordered to Serve pursuant to the parole eligibility law that was in effect at the time the Crime was Committed, and/or a parole Statue less favorable to one (1) who had been Sentenced prior to its passage, we again refer to;

Case V. State No. 08-244 Ark. 5-15-2008 (Ark. Sup.) State parole eligibility is determined by the law in effect at the time the Crime was Committed.
(SEE Also, Boies V. Huckabee 340 Ark, 410 12 S.W. 3d 201)

been convicted on two (2) or more separate and distinct prior occasions of one (1) or more of the felonies involving violence enumerated below shall be sentenced to an extended term of imprisonment, without the eligibility for parole or community punishment transfer;

Court record of prior and present judgments against Mr. Mitchell will clearly reflect, at the time the crime was committed as well as sentencing, the defendant had not been previously convicted of two (2) or more separate felonies involving violence;

Thus if Mr. Mitchell did not meet the legal standards needed to authorize him to be sentenced at 100% without the eligibility of parole or community punishment transfer

In response to the Time Computation Summary information provided by the record department at the East Arkansas Regional Unit, Mitchell did in fact request and recieve a time computation card on the date of July 30, 2021, and he did not take any action regarding the alleged miscalculation of his parole eligibility date, because the July 30, 2021 time computation card did not reflect a miscalculation in the parole eligibility PE/TE percentage and/or TE Date

(SEE Exhibit B Time Computation Summary)
Friday July 30, 2021   9:26:02 A.M.

Furthermore document 12.4 at 3-4 clearly indicates in page 1 of 2 Sentencing Summary, and page 2 of 2 Comments, this miscalculation was never even entered into the System and available to be discovered until 1-13-23 between 1:42:38 PM and 1:43:00 PM, when it was officially entered into the System by a ORD S. Martinez LMM1 -TCF Corrected to reflect 100%.

these showing, the allegations accusing Mitchell of having the opportunity to address the issues prior, are entered and greatly appears to be an attempt to lie and manipulate the justice system;

(SEE Also Exhibits C and D) Time Computation Summary Cards of Feb. 28, 2023 12:28:26 Pm and May 3, 2023 10:00:18 Am)

These time Computation Summary Cards in fact reflect the miscalculation was unavailable to be discovered by Mitchell until Feb. 28, 2023 when he recieved his 1st requested time Computation Summary since the Calculation was entered into the System, as well as reflecting multiple other occurences of miscalculation that brings into question, has these entries and miscalculations been merely Clerical errors or Multiple attempts to Cover up the injustice Committed by the respondent

In response to the grievances filed by Mitchell on the dates of 3-16-23 and 12-4-23. Not only has the dates been adjusted to Coverup the fact Mitchells

(SEE Doc. 12-4 at 2, Doc. 12-5 at 2 dates)
Step one taken 3-14-23, Step one taken 11-28-23

grievances were not reviewed and investigated appropriately, thus, rendering findings of no merit in untimely manner, in violation of the Arkansas Administrative Rule(s);

(SEE Ark. Admin. Rules 004-00-93)

had the Ark. Admin. Rules been followed appropriately as they were so designed, Mitchell's grievances would have been found to have merit and answered in a timely and professional manner, in-fact preventing Mitchell from having to proceed with State and Federal Habeas Corpus Petitions

III. The Habeas Petition

Mitchell's allegation is that ADC placed him under a Sentence of Act 1805, then recalculated his transfer-eligibility date on its face in-fact deprived him of his

protected rights, and was a Clear and blatant violation of the 8th Amendment and the Due Process Clause of the 14th Amendment;

Again, addressing the fact that Amend. 80 of the Arkansas Constitution, at 4-1-01 Established Circuit Courts as the trial Courts of original jurisdiction of all Justiciable matters not otherwise assigned Pursuant to the Constitution and specifically provided that jurisdiction on Circuit Courts established by this Amendment includes all matters previously cognizable by the Circuit Courts, thus rendering his claim as a cognizable ground for Habeas relief; his Claim is not procedurally defaulted, when the foregoing presented evidence verifies the true and Correct reflection dates of the miscalculations it is More than applicit his Claim was Submitted in a timely manner Pursuant to (AEDPA) 28 U.S.C. § 2244 (d)(1)

## Conclusion

The Petitioner herein move this Court to accept his written objection to the dismissal motion filed by Dexter Payne, requests the Court to deny the motion to dismiss Writ of Habeas Corpus, grant the plaintiff the relief he is entitled to and any other relief this Court may deem just and proper, whether or not it has been specifically prayed for herein

Respectfully Submitted
Robt. S. Abbitt

East Arkansas Regional Unit
PO Box 970
Marianna, Ark 72360

Dated: 5-29-24

1011

*JUDGE DOCKET NOTES*

ELECTRONICALLY FILED
Hot Spring County Circuit Court
Teresa Pilcher, Hot Spring County Circuit Clerk
2019-Sep-13 08:40:33
30CR-13-377-2
CV-D00-1486

CASE NUMBER 30CR 17-377-2

Exhibit A-1

STYLE:

STATE
VS
Robert Mitchell
ALSO: 30CR 17-377-2

DATE

9/10/19 Negotiated Plea △ From ADC with Huber.
Guilty Battery 1st Enhanced Due to Violent
Group Activity (A) Felony, 4ne MOR Habitual,
Factual Basis — 17 Yrs ADC Concurrent
with 30 CR ❷ 17-377-2 add with time
New Serving - Plus other terms of Neg'd
Plea

Page 1 5

10+9 *Exhibit A2*

ELECTRONICALLY FILED
Hot Spring County Circuit Court
Teresa Pilcher, Hot Spring County Circuit Clerk
2019-Sep-13 08:44:17
30CR-18-261
C07D02 : 2 Pages

# IN THE CIRCUIT COURT OF
# HOT SPRING COUNTY, ARKANSAS

## STATE OF ARKANSAS
## PLAINTIFF

### V.

30CR- 18-261-2

## Robert Mitchell
### DEFENDANT

### PLEA AGREEMENT UNDER ARCP 25

Defendant, Robert Mitchell, enters this, his/her plea of guilty to the crime(s) of

1. Battery 1st , Class ____ Felony/Misdemeanor;
2. Violent Group Activity Enhanc, Class A Felony/Misdemeanor;
3. _____, Class ____ Felony/Misdemeanor;
4. _____, Class ____ Felony/Misdemeanor.

Habitual Offender: Yes

The Defendant and his/her counsel certify that they fully understand the parole eligibility of the Arkansas Statutes.

THE DEFENDANT AND ATTORNEY(S) FOR THE STATE AND DEFENDANT REPRESENT THAT DEFENDANT HAS PREVIOUSLY BEEN CONVICTED OF THE FOLLOWING FELONIES:

| | OFFENSE | DATE | STATE | COURT | SENTENCE |
|---|---|---|---|---|---|
| 1. | Theft | 99 | AR | | |
| 2. | Batt 2nd | 2000 | " | | |
| 3. | Forgery | 2000 | " | | |
| 4. | Dom. Batt 1st | 2010 | " | | |
| | Crim Mischief, Escape | 2010 2019 | " | | |

Upon the voluntary plea of guilty by the Defendant to the charges herein and Defendant's complete and truthful disclosure of all facts relevant to the crime charged and his/her participation therein, the State of Arkansas recommends that the Defendant be sentenced as follows:

- 17 years ADC, concurrent w/ 17-377 and time currently serving

$150.00 w/F 60 days Costs
30CR17-377 $150.00 w/I 90 days Costs
30CR 18-261 after

Restitution in 18-261 1st after Costs

aula

- _*150*_ Fine
- _*150*_ Cost
- _*40*_ Booking Fee
- _____ Drug Assessment Fee (if applicable)
- _____ DNA Fee (if applicable)
- _____ *Joint & Several* Restitution to victim *# 2043.00*
  (if applicable)
- _____ Other

Victim has been notified of the proposed disposition. Victim understands the Prosecuting Attorney's Office, nor the Court will be responsible for enforcing restitution once the Defendant is sentenced.

_____          _____
VICTIM                                            DATE

_____          _9/10/19_____
INVESTIGATING/ARRESTING OFFICER       DATE

_____          _____
PROSECUTING ATTORNEY                  DEFENDANT

_____          _9-10-19_____
DEFENDANT'S ATTORNEY                  DATE

EXPLAINED HABITUAL OFFENDER ACT: _____ (please initial)

Upon acceptance of this plea agreement by the Court, this Agreement will be **binding** between the State and the Defendant. The Court will not later reduce the sentence or modify the agreement.

_____ **DEFENDANT'S INITIALS**


Name: Mitchell, Robert ADC #: 119186D  PID #: 0097421

OTCS018A

# Time Computation Summary

Friday July 30, 2021 09:26:02 AM

| Location: | East AR Reg | Housing: | BK08042U | Class: | I-C | | as of: | 04/21/2020 |
|---|---|---|---|---|---|---|---|---|
| Total Sentence Length: | 20y 0m 0d | TE Date: | 12/09/2023 | Discharge Date: | 05/20/2039 | | | |

**Time Computation Summary** (1 - 6 of 6)

| Cmt | Offense | Fel. Cls | Docket Number | County | Sentence | | PE/TE | Jail Time |
|---|---|---|---|---|---|---|---|---|
| AD-001 | Domestic Battering 1st  Habitual Offender | B | CR-2008-560 | Garland | 0y 240m 0d | | 1/2* | 521 |
| AD-002 | Criminal Mischief-1st Deg  Habitual Offender | C | CR-2008-560 | Garland | 0y 240m 0d | CC | 1/3* | 521 |
| AE-001 | Escape-3rd Degree  Habitual Offender | C | CR-2017-421 | Hot Spring | 0y 240m 0d | CC | 1/3* | 10 |
| AF-001 | Aggravated Assault  Habitual Offender | D | CR-2017-377 | Hot Spring | 0y 120m 0d | CC | 1/3* | 37 |
| AF-002 | Engage Viol Crim Grp Act  Habitual Offender | Y | CR-2018-261 | Hot Spring | 0y 204m 0d | CC | 1/2* | 190 |
| AF-003 | Battery-1st Degree  Habitual Offender | Y | CR-2018-261 | Hot Spring | 0y 204m 0d | CC | 1/2* | 190 |

Mitchell did not address the alleged miscalculation being the July 30th 2021 did not reflect a miscalculation in his transfer and parole eligibility PE/TE that is in question.

First miscalculation did not present itself until Feb. 3, 2023 which is within (1) one year pursuant to AEDPA

*Exhibit: C*

OTCS018A

# Time Computation Summary

ADC #: 119186D  PID #: 0097421

Tuesday February 28, 2023 12:28:26 PM

| | | | |
|---|---|---|---|
| Location: East AR Region | Housing: BK13040U | Class: I-C | as of: 04/21/2020 |
| Total Sentence Length: 20y 0m 0d | TE Date: 03/02/2036 | Discharge Date: 05/20/2039 | |

## Time Computation Summary (1 - 6 of 6)

| Cmt | Offense | Fel. Cls | Docket Number | County | Sentence | | PE/TE | Jail Time |
|---|---|---|---|---|---|---|---|---|
| AD-001 | Domestic Battering 1st Habitual Offender | B | CR-2008-560 | Garland | 0y 240m 0d | | 1/2* | 521 |
| AD-002 | Criminal Mischief-1st Deg Habitual Offender | C | CR-2008-560 | Garland | 0y 240m 0d | CC | 1/3* | 521 |
| AE-001 | Escape-3rd Degree Habitual Offender | C | CR-2017-421 | Hot Spring | 0y 240m 0d | CC | 1/3* | 10 |
| AF-001 | Aggravated Assault Habitual Offender | D | CR-2017-377 | Hot Spring | 0y 120m 0d | CC | 1/3* | 37 |
| AF-002 | Engage Viol Crim Grp Act Habitual Offender | Y | CR-2018-261 | Hot Spring | 0y 204m 0d | CC | 1/2* | 190 |
| AF-003 | Battery-1st Degree Habitual Offender | A | CR-2018-261 | Hot Spring | 0y 204m 0d | CC | No GT* | 190 |

The alleged Miscalculation was 1st entered on 1-13-23 at 1:42:38 Pm by S. Maroney (LMM 1) and was unavailable to be discovered by Mitchell until this date of Feb. 28, 2023 when he recieved his 1st requested time computation Summary since the Miscalculation was entered in the System.

Therefore pursuant to AEDPA (d) one year limitation, Mitchells petition was filed in a timely Manner

*Exhibit D*

Name: Mitchell, Robert

OTCS018A

ADC #: 119186D   PID #: 0097421

# Time Computation Summary

Wednesday May 03, 2023 10:00:18 AM

| Location: | East AR Region | Housing: | BK13040U | Class: | I-C | | as of: | 04/21/2020 |
|---|---|---|---|---|---|---|---|---|
| Total Sentence Length: | 20y 0m 0d | TE Date: | 03/02/2036 | Discharge Date: | 05/20/2039 | | | |

## Time Computation Summary (1 - 5 of 5)

| Cmt | Offense | Fel. Cls | Docket Number | County | Sentence | | PE/TE | Jail Time |
|---|---|---|---|---|---|---|---|---|
| AD-001 | Domestic Battering 1st Habitual Offender | B | CR-2008-560 | Garland | 0y 240m 0d | | 1/2* | 521 |
| AD-002 | Criminal Mischief-1st Deg Habitual Offender | C | CR-2008-560 | Garland | 0y 240m 0d | CC | 1/3* | 521 |
| AE-001 | Escape-3rd Degree Habitual Offender | C | CR-2017-421 | Hot Spring | 0y 240m 0d | CC | 1/3* | 10 |
| AF-001 | Aggravated Assault Habitual Offender | D | CR-2017-377 | Hot Spring | 0y 120m 0d | CC | 1/3* | 37 |
| AF-004 | Battery-1st Degree Engage Viol Crim Grp Act Habitual Offender | Y | CR-2018-261 | Hot Spring | 0y 204m 0d | CC | No GT | 190 |

Name: Mitchell, Robert

IPTS005

# Sentence Data Sheet

ADC #: 119186D   PID #: 0097421

Thursday
March
23, 2023
09:22:42
AM

| | | | | |
|---|---|---|---|---|
| **ADC#:** | 119186D | **Name:** | Mitchell, Robert | **Status:** Active |
| **Sex:** | Male | **Race:** | Caucasian | |
| **DOB:** | 06/09/1976 | **Age:** | 46 | |
| **SSN:** | 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 | **SID:** | 00692044 | **FBI:** 39444AB7 |
| **DNA Test:** | | **As of Date:** | | **Last Drug Test:** 12/11/2019 |
| **Convicted Date:** | 03/30/2010 | **County:** | Garland | |
| **Primary Offense:** | Battery-1st Degree | **Total Term:** | 20y 0m 0d | |
| **Current Facility:** | East AR Region. Unit [L01] | | | |
| **Current Custody Date:** | 09/25/2019 | **Type:** | C4-Maximum | |
| **Score:** | 39 | **Parole Class:** | I-C | |
| **Medical Grade:** | M2-Avg.-Good Physical Condition | **WRAT:** | | **BETA:** 000 |

### Sentencing Summary

4/16/10..recvd 20yrs 3/30/10 in Garland Co on 2008-560 with 521days jtc given..kb

Date: 06/26/19 --- Time: 02:47:18 PM --- User: M. Shults (SM17)
entered a 240 month sentence on sentencing order 2017-421 from Hot Spring County received 05/31/19 to run cc with
the undischarged portion of the sentence currently serving. (10 days jail time credit) habitual offender. pv/nt  ms

Date: 09/20/19 --- Time: 03:38:51 PM --- User: K. Noel-Emsweller (NOEKA01)
Recv'd a 120 month sentence on 09/10/2019 on dkt#(hab) 2017-377 from Hot Spring County with 37 days jtc. to run cc
to the portion of time already entered...add'l time..KE

Date: 10/2/19 --- Time: 01:55:20 PM --- User: K. Noel-Emsweller (NOEKA01)
Rev'd a 204 month sentence on 09/10/2019 on dkt#(hab) 2018-261 from Hot Spring County with 190 days jtc. to run cc
to the portion of time already entered...add'l time...KE

Date: 01/8/20 --- Time: 02:56:53 PM --- User: M. Shults (SM17)
amended sentencing order received on dk 2017-377 from Hot Spring County. nothing for Central Records to do,
amending the fines and booking fees. ms
Date: 01/13/23 --- Time: 01:43:00 PM --- User: S. Maroney (LMM1)
TCF corrected to reflect 100%

### Commitments

| Cmt | County | Begin Date | Work Date | Status | Status Date |
|---|---|---|---|---|---|
| AD | Garland | 03/30/2010 | 04/16/2010 | Imposed | |

| Count | Docket# | Arrest Tracking# | Offense | Act(s) | How Served | Sentence Length | T/C | Status |
|---|---|---|---|---|---|---|---|---|
| 001 | 2008-560 | 963410 | Domestic Battering-1st Degree; Habitual Offender | 534 | Initial | 0y 240m 0d | 1/2 Sent Srvd B4 Parole | Imposed |

| 002 | 2008-560 | 963410 | Criminal Mischief-1st Degree; Habitual Offender | 534, 531 | Concurrent | 0y 240m 0d | 1/3 Sent Srvd B4 Parole | Imposed |

| Cmt | County | Begin Date | Work Date | Status | Status Date |
|---|---|---|---|---|---|
| AE | Hot Spring | 05/31/2019 | 04/16/2010 | Imposed | |

| Count | Docket# | Arrest Tracking# | Offense | Act(s) | How Served | Sentence Length | T/C | Status |
|---|---|---|---|---|---|---|---|---|
| 001 | 2017-421 | 1291461 | Escape-3rd Degree; Habitual Offender | 534 | Concurrent | 0y 240m 0d | 1/3 Sent Srvd B4 Parole | Imposed |

| Cmt | County | Begin Date | Work Date | Status | Status Date |
|---|---|---|---|---|---|
| AF | Hot Spring | 09/10/2019 | 04/16/2010 | Imposed | |

| Count | Docket# | Arrest Tracking# | Offense | Act(s) | How Served | Sentence Length | T/C | Status |
|---|---|---|---|---|---|---|---|---|
| 001 | 2017-377 | 1291700 | Aggravated Assault; Habitual Offender | 534 | Concurrent | 0y 120m 0d | 1/3 Sent Srvd B4 Parole | Imposed |
| 004 | 2018-261 | 1291038 | Battery-1st Degree; Engage Viol Crim Grp Act; Habitual Offender | 534 | Concurrent | 0y 204m 0d | No GT or Parole (1805, 946, Enhancement) | Imposed |

| Comments |
|---|
| Date: 12/29/22 --- Time: 04:26:28 PM --- User: T. Hamp (HAMTO02) |

Dkt #18-261 (AF/003) offender convicted of Battery I and has prior conviction of Domestic Battery I in dkt #08-560 (AD/001). Please review TCF on AF/003.

Date: 01/13/23 --- Time: 01:42:38 PM --- User: S. Maroney (LMM1)
TCF corrected to reflect 100%

**Outstanding Detainers/Notifications**

| Date Placed | Type | Authority | Agency Name |
|---|---|---|---|
| No Rows Found | | | |

**Dead-Time History** (1 - 5 of 5)

| Begin Date | | Type | End Date | Forfeit Days | Cmt/Count | Dead-Time Days |
|---|---|---|---|---|---|---|
| 01/18/2019 | | Transfer to ACC Supervision | 06/24/2019 | 0 | AD/001 | 0 |
| 07/27/2016 | | Transfer to ACC Supervision | 11/13/2017 | 0 | AD/001 | 0 |
| 05/15/2003 | | Transfer to ACC Supervision | 07/12/2004 | 0 | | |
| 02/11/2002 | | Absconder | 04/30/2002 | 0 | | |
| 04/20/2001 | | Transfer to ACC Supervision | 10/24/2002 | 0 | | |

UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center __Brickeys__

FOR OFFICE USE ONLY
GRV. # __EA 23 - 00144__ MAR 16 2023
Date Received: _____
GRV. Code #: __904__

Name __Robert S MITCHELL__

ADC # __119186__    Brks # __13-40__    Job Assignment __PAI__

__3-14-23__ (Date) STEP ONE: Informal Resolution

__3-15-23__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __Failed to Address the Issue__

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): __THIS BEGAN ON Feb 3 2023__
__My Time Card Has Been Changed several times after__
__I Was Scheduled to SEE PAROLE Board March 16 2023__
__Since I Was SENTENCED BY THE COURT TO DO ONE Thing__
__Then ADC RECORDS CHANGES MY TIME Card AND goes__
__OUT SIDE OF SENTENCING ORDER CHANGES THE Class OF__
__Felony AND ADDS AND ACT That I Was NOT SENTENCED__
__To my Time Card Without Authority BY The Judge. My__
__Time Card show 1 Time for (4) Four years Then Records__
__Changes it I Do NOT Fall Under The ACT That Was__
__EFFECTIVE APRIL 29 2021 Because I Was Sentence in__
__2019 for a crime That was committed iN 2018 There fore__
__The Laws in effect at The Time of Crime is what controls__
__my sentence Statute 16-93-615 WAS AND should be my__
__Parole statue Please Fix Time Card To Show This. THE__
__Last incorrect was 14 days AGO [Time Card]__

__Robert Mitchell__                                                __3-14-23__
Inmate Signature                                                          Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on __2-14-23__ (date), and determined to be Step One and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____

__SGT NORTON__    __7620__    _____    __2-14-23__
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received
Describe action taken to resolve complaint, including **dates**: __You are required to serve 100% on the 2018__
__Battery 1st due to a previous conviction for__
__Domestic Batterung 1st from 2008.__

_____ 3-15-23    __Robert S Mitchell__ 3-15-23
Staff Signature & Date Returned        Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center **BRICKEYS UNIT (E.A.R.U)**

Name **Robert SHAWN MITCHELL**

ADC# **119186**   Brks # **13**   Job Assignment **PAL PROGRAM**

| FOR OFFICE USE ONLY |
| --- |
| GRV. # **EA-23-00586** |
| Date Received: **12-4-23** |
| GRV. Code #: **803** |

**(1-28-23** (Date) STEP ONE: Informal Resolution

**12-5-23** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: **NEVER RECIEVED (STEP ONE BACK) INformal Resolution**

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): **ON 11-25-23 I SENT A REQUEST TO THE RECORDS SUPERVISOR AT THE EAST ARK REGIONAL UNIT (MRS. CALDWELL) About MY TIME CAlCUlATION BEING CHANGE TO SHOW THAT I AM REQUIRED TO SERVE 100% ON CASE #. CR-2018-261, UPON ENTERING ARK. DEPT. OF CORRECTION AROUND 2019 IT WAS CAlCUlATE TO SERVE ONE HAIF OF MY SENTANCE ON CASE # CR-2018-261 BATTERY 1ST DEGREE. I HAVE BROUGHT THIS UP SEVERAL TIME SINCE I HAD MY PAROLE TAKEN AWAY ON 3/16/2023. WHEN I SIGNED MY PlEA BAGAIN. I SIGNED ON THE HABITUAL OFFENDERS ACT 5-4-501 SUBSECTION (b) IN 2019 AT THE TIME OF MY CRIME PAROLE STATUE 16-93-615 GOVERNED MY PAROLE. WHICH I AM TO DO ONE HAIF OF MY SENTACE. 16-93-609 IS A CONFLICTING STATUE WITH THE HABITUAL OFFENDERS ACT 5-4-501 Subsection (b)/16-93-615**

**Robert Shawn Mitchell**                          **11-28-23**
Inmate Signature                                        Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on **11-28-23** (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

**S_____. GAHAN**          **0738**          **_____**          **11-28-23**
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature                    Date Received

Describe action taken to resolve complaint, including **dates**: _____

_____

_____

_____

Staff Signature & Date Returned                    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

Form 63

STATE OF ARKANSAS

COUNTY OF _LEE_

Petitioner, _Robert S Mitchell_, being first duly sworn under oath, presents that he has read and subscribed to the above and states that the information therein is true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME this _30_ day of _O S_, 20_24_.

TYRONE ALLISON, SR.
No. 12699432
ARKANSAS
LEE COUNTY
Commission Expires 10-10-2026

_Tyrone Allison Sr_
Notary Public

My Commission Expires: _10/10/2026_

## CERTIFICATE

I hereby certify that the Petitioner herein, _____ has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said _____ institution: _____
_____.

_____
Authorized Officer of Institution