

**ARKANSAS BOARD OF CORRECTIONS**
**COMPLIANCE DIVISION**
Post Office Box 20550
White Hall, Arkansas 71612
Phone: (870) 267-6752
Fax:    (870) 267-6755

Memorandum                                    RESPONDENT'S EXHIBIT A

To:    Ericha Clark/Office of the Attorney General

From:  Muriel Mayfield, Legal Support Specialist

RE:    Inmate Robert S. Mitchell ADC#119186 v Dexter Payne, Director ADC, Petition for Writ of Habeas Corpus 4:23CV00742

Date:  January 19, 2024

---

A Petition for Writ of Habeas Corpus was received from US District Court Clerks' Office via US Postal mail on 1/18/24.

If you need any further information, please contact me.

UNITED STATES DISTRICT COURT
RICHARD ARNOLD UNITED STATES COURTHOUSE
CLERK'S OFFICE
500 WEST CAPITOL AVENUE
SUITE A-149
LITTLE ROCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

Dexter Payne, Director
ADC Compliance Office
P. O. Box 20550
Pine Bluff, AR 71612-0550

RECEIVED
JAN 18 2024
COMPLIANCE DIVISION

RECEIVED
JAN 18 2024
COMPLIANCE DIVISION



neopost
01/10/2024
US POSTAGE