IN THE UNITED STATE DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS "CENTRAL DIVISION"

ROBERT S. MITCHELL                PLAINTIFF

V.         CASE # 4:23-CV-00742-LPR-JTK

DEXTER PAYNE                      RESPONDENT

## Motion For Status Up-Date

Plaintiff is seeking a status up-date on the above case.

Sincerely,
x Robt Shawn Mitchell