# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ROBERT S MITCHELL**                                                                 **PETITIONER**

**V.**                              **CASE NO. 4:23-cv-00742-LPR-JTK**

**DEXTER PAYNE,**
*Director, Arkansas Division of Correction*                        **RESPONDENT**

## ORDER

Petitioner Robert Mitchell has filed an unopposed motion for extension of time to file any additional pleadings pursuant to this Court's February 3, 2025 Order. (Doc. No. 35) For good cause, the motion is GRANTED. The time for Mr. Mitchell to file is extended to, and including, May 4, 2025.

IT IS SO ORDERED this 13th day of March, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE