# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ROBERT S. MITCHELL**                                                                 **PETITIONER**

*vs.*                                       No. 4:23-cv-00742-LPR-JTK

**DEXTER PAYNE,**
*Director, Arkansas Division of Correction*                              **RESPONDENT**

## PETITIONER'S MOTION FOR LEAVE TO FILE AN AMENDED HABEAS PETITION

COMES NOW Petitioner Mitchell by his attorney Andrew Thornton, and for his motion for leave to file an amended habeas petition would respectfully show the Court as follows:

1. The Court appointed undersigned counsel to represent Petitioner Mitchell pursuant to Local Rule 83.7 on February 3, 2025. (Doc. No. 34) The Court granted 45 days to undersigned counsel to review the file and file any necessary pleadings. (*Id.*) That deadline was then extended to May 4, 2025. (Doc. No. 36.)

2. Undersigned counsel has now reviewed the file and met twice with Petitioner Mitchell at ADC. Undersigned counsel has researched and drafted potential habeas claims to make in a proposed amended habeas petition, and Petitioner Mitchell has selected which claims he wishes to pursue. Those claims are in the attached proposed amended habeas petition.

3. The attached proposed amended habeas petition also addresses the Court's concerns about Petitioner Mitchell's understanding of his sentence and parole eligibility and attaches the materials requested by the Court: a copy of the plea agreement (Exh. D), written communications during the plea negotiation process (Exhs. B, C), and a copy of the transcript of the change-of-plea hearing (Exh. E). (*See* Doc. No. 34 at 3–4.)

4. Petitioner Mitchell therefore moves under Fed. R. Civ. P. 15(a)(2) for leave to file an amended habeas petition. *See* Rule 12, Rules Governing Section 2254 Cases (Fed. R. Civ. P. apply to § 2254 proceedings).

5. Local Rule 5.5(e) requires a concise statement setting out what is being amended. The original pro se petition was handwritten and the proposed amended petition completely rewrites the petition, reorganizes the materials in a more typical format, and makes two specific claims: breach of the plea agreement and violation of due process.

WHEREFORE, Petitioner Mitchell prays this Honorable Court grant Petitioner Mitchell leave to file the attached amended habeas petition, and all other relief just and proper.

Respectfully submitted,

ROBERT S. MITCHELL
Petitioner

By:   /s/ Andrew Thornton
Andrew Thornton, Ark. Bar No. 2016202
Attorney at Law
P.O. Box 13594
Maumelle, AR 72113
(425) 273-0907
andrew@allwrits.com

*Attorney for Petitioner Mitchell*

CERTIFICATE OF SERVICE

I certify that on May 2, 2025, I electronically filed this document by CM/ECF, which will serve it upon the respondent's attorney of record.

/s/ Andrew Thornton