ELECTRONICALLY FILED
Hot Spring County Circuit Court
Melissa Ramsey, Hot Spring County Circuit Clerk
2018-Sep-21  15:50:39
30CR-18-261
C07D01 : 6 Pages

IN THE CIRCUIT COURT OF HOT SPRING COUNTY, ARKANSAS

THE STATE OF ARKANSAS

    VS.      CR._____

INFORMATION FOR:

| | | |
|---|---|---|
| TIMOTHY GRUBBS<br>DOB: Redacted-1990 W/M<br>SS# \*\*\*-\*\*-5874<br>HGY.#9<br>MALVERN, AR<br>ATN#1291406 | **COUNT ONE:** | BATTERY IN THE<br>FIRST DEGREE<br>A.C.A. 5-13-201<br>CLASS A FELONY |
| TRAVIS WILSON<br>DOB Redacted-1991 W/M<br>SS#\*\*\*-\*\*-1622<br>NEELEY STREET<br>BENTON, 72105 | COUNT TWO: | ENGAGING IN VIOLENT<br>CRIMINAL GROUP ACTIVITY<br>A.C.A. 5-74-108<br>CLASS D FELONY<br>ENHANCEMENT ONE DEGREE |
| ROBERT MITCHELL<br>DOB Redact-1976 W/M<br>SS#\*\*\*-\*\*-0444<br>DIAMOND LAKE CIRCLE<br>MALVERN | COUNT THREE: | HABITUAL CRIMINAL<br>A.C.A. 5-04-501<br>MITCHELL (FOUR OR MORE)<br>WILSON (FOUR OR MORE) |
| RAYMOND SHIELDS<br>DOB Redacted-1992 W/M<br>SS# \*\*\*-\*\*-2278<br>PERLA ROAD<br>MALVERN | | |

    I, TERESA HOWELL, PROSECUTING ATTORNEY WITHIN AND FOR THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF ARKANSAS, of which HOT SPRING COUNTY is part, in the name and by the authority of the State of Arkansas, do hereby charge TIMOTHY GRUBBS, TRAVIS WILSON, ROBERT MITCHELL AND RAYMOND SHIELDS with the crimes of BATTERY IN THE FIRST DEGREE, A.C.A. 5-13-201, CLASS A FELONY, and ENGAGING IN VIOLENT GROUP ACTIVITY, A.C.A. 5-74-108, ENHANCEMENT ONE DEGREE,



EXHIBIT A

AND HABITUAL CRIMINAL, A.C.A. 5-04-5-1 (MITCHELL FOUR OR MORE) AND Wilson, (four or more) committed as follows to wit:

### COUNT ONE

The said defendants, TIMOTHY GRUBBS, TRAVIS WILSON, ROBERT MITCHELL AND RAYMOND SHIELDS, on or about the 30TH DAY OF August, 2018, in Hot Spring County, Arkansas together and in concert, did with the purpose of causing serious physical injury to another person caused serious physical injury to another person beating him unconscious and stomping his head causing a concussion, orbital bone fractures, bruising and associated injures, against the peace and dignity of the State of Arkansas, (see attached affidavit)

### COUNT TWO:

The said defendants, TIMOTHY GRUBBS, TRAVIS WILSON, ROBERT MITCHELL AND RAYMOND SHIELDS, on or about the 30TH DAY OF August, 2018, in Hot Spring County, Arkansas together and in concert committed an act of violence while acting in concert with two or more other persons, against the peace and dignity of the State of Arkansas, (see attached affidavit)

### COUNT THREE

That ROBERT MITCHELL IS A HABITUAL CRIMINAL having previously been convicted of 2nd degree battery in 2000, theft I 2000, forgery in 2002, domestic battery 1st in 2008, criminal mischief in 2008, against the peace and dignity of the State of Arkansas.

### COUNT FOUR

That TRAVIS WILSON IS A HABITUAL CRIMINAL having previously been convicted of RESIENTIAL BURGLARY AND THEFT IN 2012, FORGERY IN 2012, POSSESSION OF A FIREARM BY CERTAIN PERSONS AND THEFT BY RECIEVIB=NG N 2013 BATTERY 2ND IN 2014, against the peace and dignity of the State of Arkansas.

TERESA HOWELL, PROSECUTING ATTORNEY

BY: _____
DEPUTY PROSECUTING ATTORNEY

I, RICHARD GARRETT, state on oath that the above and foregoing statements are true and correct to the best of my knowledge, information and belief.

_____



**Sheriff Mike Cash**

# HOT SPRING COUNTY
# SHERIFF'S OFFICE

### FACTS AND EVIDENCE ALLEDGING PROBABLE CAUSE
### FOR ARREST

Reference to Incident Number: 2018007490

Arrest Tracking Number:

---

Comes now Detective Chris Maher with the Hot Spring County Sheriff's Office, Patrol Division and on oath swears and affirms that to the best of his knowledge and belief that the following facts and evidence exist to believe that the following listed person(s) have violated the Criminal Law(s) of the State of Arkansas.

Suspect: Timothy Grubbs/ W/M/ DOB: Reda /1990   1291406
LKA: Redacted    Malvern/ Arkansas/ 72104
ARDL: ██████ / SSN: ██████5874

Suspect: Travis Wilson/ W/M/ DOB: Reda /1991
LKA: Redacted    Benton / Arkansas/ 72105
ARDL: ██████ / SSN: ██████1622

Suspect: R████ M████/ W/M DOB: Reda /1976
LKA: Redacted    Malvern/ Arkansas/ 72104
ARDL: ██████ / SSN: ██████9444

Suspect: R█████ S█████/ W/M DOB: Reda /1992
LKA: Redacted    Malvern/ Arkansas/ 72104
ARDL: ██████ / SSN: ██████278

Victim: ██████ D████/ W/M DOB: Reda /1979
Address: Redacted    Malvern/ Arkansas/72104
ARDL: ██████

FILED
Hot Spring County
Circuit Clerk

Date: 9/17/18
Time: 3:55 pm
By: L. Burks

---

**SUMMARY:**

On 8/30/2018 Lt. Glyn Pye and I went to the Hot Spring County Detention Center to interview an inmate that was involved in an altercation. Upon arrival Lt. Pye and I walked into the booking area and noticed an inmate later identified as ██████ lying on a mat in the walk through area of booking. I had ██████ follow me to the interview room. While interviewing D████ about the incident he

advised that he entered into D Pod and went over to where his uncle was. Mr. D▓▓▓ stated he was talking to his uncle when T▓▓▓y G▓▓▓s said D▓▓▓n called him a Bitch.

D▓▓▓ stated two other individuals with Nazi signs tattooed on them jumped him. D▓▓▓n stated T▓▓▓y G▓▓▓s jumped him first and then the other two jumped in. D▓▓▓n stated he guest G▓▓▓s was trying to get some lightning bolt which are a symbol commonly used by white supremacist groups in prisons and jails. D▓▓▓n stated all three of the guys tried to burn his lightning bolts off of his left hand. I asked D▓▓▓ if he was a member of a gang and he stated that he was not a member and wished he did not have the tattoo on his hand. D▓▓▓ stated he did not remember much of the attack because he was unconscious and that they beat on him for a while before anyone got back there to help him.

Lt. Pye and I went to the Tower in the back of the Detention Center where all detention cells are monitored and videoed. After viewing the video you see D▓▓▓ sitting on a bunk bed talking to someone. I noticed R▓▓▓nd S▓▓▓s standing beside the bunk bed. I notice D▓▓▓ and someone else later identified as T▓▓▓y G▓▓▓s stand up and T▓▓▓y Grubbs hit Dixson several times. I then noticed Timothy Wilson, Robert Mitchell; Raymond Shields along with Timothy Grubbs surround D▓▓▓. It appears D▓▓▓ started to go to the door of the pod and stopped.

I noticed Wilson walk around a table behind D▓▓▓. D▓▓▓ attempted to walk past Wilson and Wilson hits D▓▓▓n. D▓▓▓ walks back over to the bunk he was sitting on and Mitchell, Shields, Grubbs and Wilson follow him. It appears that Wilson says something to Dixson and then takes his shirt off. D▓▓▓ gets up and walks to the back wall of the pod. Wilson follows him and acts like he is going to hit him. D▓▓▓ walks to where it appears him blanket and mat are lying on the floor. After walking to the mat Grubbs walks over to D▓▓▓ and they are talking back and forth. G▓▓▓s appears to be going to hit D▓▓▓ when Wilson steps in and pushes Grubbs back.

D▓▓▓ appears to be saying something to Grubbs. Grubbs then walks toward D▓▓▓n and starts h▓▓▓Dixson several more time. It appears D▓▓▓ again attempts to go toward the door and Shields, Mitchell and Wilson stop him from making it to the door. D▓▓▓ walks back to the area where his belongings are. It appears Wilson and Grubbs are talking about something and then they walk toward D▓▓▓. Wilson and Grubbs then attack D▓▓▓ again. While Grubbs and Wilson are hitting D▓▓▓ Mitchell walks up and kicks D▓▓▓ in the face which appears to knock D▓▓▓ unconscious.

While D▓▓▓ is unconscious Wilson continues to hit on D▓▓▓. D▓▓▓ slumps over on the floor after Wilson stops hitting him. Wilson, Mitchell and Shields then grab what appears to be toilet paper and start rolling while Grubbs walks around them. D▓▓▓ appears to start coming to and sits up. Wilson, Shields and another individual walks over to him. Shields wrap his hand with toilet paper and starts cleaning up what appear to be blood. Wilson stays standing over D▓▓▓ while everyone else walks away. Mitchell then walks back over to where Wilson and D▓▓▓ are and Wilson grabs D▓▓▓'s left arm and puts in on the bunk he is up against.

Shields walk over and appear to be handing Wilson something and walks away. Wilson grabbed D▓▓▓'s left arm again and D▓▓▓ starts struggling with Wilson and gets his arm way. Mitchell then steps up and grabbed D▓▓▓'s left arm and starts twisting it. Wilson then starts hitting D▓▓▓n several more times before Mitchell throws D▓▓▓ face first on the floor of the pod. It appears someone sees something and they all stop. After a few seconds Wilson walks back over to D▓▓▓ and drags him by his jail uniform to the pod door.

After reviewing the video I was given a copy of D▓▓▓'s medical release paperwork from Baptist Health Medical Center in Malvern. Dixson was diagnosed with a Concussion, Orbital Floor Fracture, Facial or Scalp Contusion and a head injury.

I believe that sufficient Probable Cause exist to charge With the following, (5-13-201) Battery First Degree a Class B Felony, (5-11-103) False Imprisonment first degree a Class C Felony, (5-74-108) Engaging in violent criminal group activity and that all information is true and correct to the best of my knowledge.

_____
Detective Chris Maher
Hot Spring County Sheriff's Office


SUBCRIBED AND SWORN TO BEFORE ME THIS __7th__ DAY OF __September__, 2018 at __2:30__ A.M. / P.M.

MY COMMISSION EXPIRES: __7-16-2024__

_____
NOTARY PUBLIC

I hereby find that there is probable cause for the charges of __Battery 1st degree; False Imprisonment__

I hereby find that a bond shall be set at __25,000.00 C/P__, and that the following conditions or requirements for bond / release shall be imposed: __No contact w/ Victim Juan Dixon__

On this __7th__ day of __Sept__, 2018 at __2:51__ A.M. / P.M.

_____
Judge / Magistrate