Gmail                                                                 Jonathan Huber <Redacted>

# State v. Robert Mitchell; 30cr-18-261
1 message

**Stephen Shirron** <Redacted>                                             Fri, Dec 21, 2018 at 11:26 AM
To: Jonathan Huber <Redacted>

Jonathan,

When we spoke yesterday, I was under the mistaken belief that Mitchell was set for trial in Division 1 on January 3, 2019, along with the other 3 co-defendants. In reviewing the docket entries, Mitchell was actually set for trial April 25, 2019, in Division 2.

Since all of the co-defendnats have pled, I would reconsider my offer of 28 years to wrap-up all of his cases. This offer will not remain open past February 14, 2019.

Sincerely,

**STEPHEN L. SHIRRON**
Chief Deputy Prosecuting Attorney
7th Judicial Dist.
101 W. Pine, Rm. 2
Sheridan, AR 72150
(870) 942-7799

EXHIBIT C