ELECTRONICALLY FILED
Hot Spring County Circuit Court
Teresa Pilcher, Hot Spring County Circuit Clerk
2019-Sep-13  08:44:17
30CR-18-261
C07D02 : 2 Pages

IN THE CIRCUIT COURT OF
HOT SPRING COUNTY, ARKANSAS

STATE OF ARKANSAS
PLAINTIFF

v.                                    30CR- 18-261-2

Robert Mitchell
**DEFENDANT**

## PLEA AGREEMENT UNDER ARCP 25

Defendant, Robert Mitchell, enters this, his/her plea of guilty to the crime(s) of

1. Battery 1st _____, Class ____ Felony/Misdemeanor;
2. Violent Group Activity Enhanc., Class A Felony/Misdemeanor;
3. _____, Class ____ Felony/Misdemeanor;
4. _____, Class ____ Felony/Misdemeanor.

Habitual Offender: Yes

The Defendant and his/her counsel certify that they fully understand the parole eligibility of the Arkansas Statutes.

THE DEFENDANT AND ATTORNEY(S) FOR THE STATE AND DEFENDANT REPRESENT THAT DEFENDANT HAS PREVIOUSLY BEEN CONVICTED OF THE FOLLOWING FELONIES:

| OFFENSE | DATE | STATE | COURT | SENTENCE |
|---|---|---|---|---|
| 1. Theft | 99 | AR | | |
| 2. Batt 2nd | 2000 | " | | |
| 3. Forgery | 2000 | " | | |
| 4. Dom. Batt 1st | 2010 | " | | |
| Crim Mischief, Escape | 2019 | " | | |

Upon the voluntary plea of guilty by the Defendant to the charges herein and Defendant's complete and truthful disclosure of all facts relevant to the crime charged and his/her participation therein, the State of Arkansas recommends that the Defendant be sentenced as follows:

- 17 years ADC, concurrent w/ 17-377 and time currently serving. 30CR-17-377 $150.00 w/F 60 days Costs; 30CR-18-261 $150.00 w/I 90 day Costs; Restitution in 18-261 18-261 1st after Costs

EXHIBIT D

- _600_ Fine
- _150_ Cost
- _40_ Booking Fee
- _____ Drug Assessment Fee (if applicable)
- _____ DNA Fee (if applicable)
- ___Joint & Several___ Restitution to victim _$2043.00_ (if applicable)
- _____ Other

Victim has been notified of the proposed disposition. Victim understands the Prosecuting Attorney's Office, nor the Court will be responsible for enforcing restitution once the Defendant is sentenced.

_____   _____
VICTIM                        DATE

_[signature]_                 _9/10/19_
INVESTIGATING/ARRESTING OFFICER   DATE

_[signature]_                 _K. Minor_ (?)
PROSECUTING ATTORNEY          DEFENDANT

_[signature]_                 _9-10-19_
DEFENDANT'S ATTORNEY          DATE

EXPLAINED HABITUAL OFFENDER ACT: ___[initials]___ (please initial)

    Upon acceptance of this plea agreement by the Court, this Agreement will be binding between the State and the Defendant. The Court will not later reduce the sentence or modify the agreement.

_RM_ DEFENDANT'S INITIALS