ELECTRONICALLY FILED
Hot Spring County Circuit Court
Teresa Pilcher, Hot Spring County Circuit Clerk
2019-Sep-27  14:58:17
30CR-18-261
C07D02 : 2 Pages

# SENTENCING ORDER

IN THE CIRCUIT COURT OF __Hot Spring__ COUNTY, ARKANSAS,

__SEVENTH__ JUDICIAL DISTRICT __2__ DIVISION

On __9/10/2019__ the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutionaland legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

| Defendant [Last, First, MI] | Mitchell, Robert | | DOB | Red /1976 | Sex ☑ Male ☐ Female | Total Number of Counts | 1 |
|---|---|---|---|---|---|---|---|

SID# — Race & Ethnicity: ☐ Pacific Islander ☑ White ☐ Other ☐ Black ☐ Unknown ☐ Asian ☐ Hispanic ☐ Native American

Supervision Status at Time of Offense

Judge    Eddy R. Easley                                     **File Stamp**

Prosecuting Attorney/Deputy    Stephen L. Shirron

Defendant's Attorney    JONATHAN HUBER    ☑ Private ☐ Appointed    ☐ Public Defender ☐ Pro Se

Change of Venue    ☐ Yes ☑ No
If Yes, from:

☐ Pursuant to A.C.A. ☐ 16-93-301 et seq., or ☐ _____ this Court, without making a finding of guilt or entering a judgment of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment:

☐ is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Department of Community Correction (D.C.C.) rules and regulations.

☑ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Department of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing and intelligent waiver of right to counsel.    ☐ Yes ☑ No

| A.C.A. # / Name of Offense    5-13-201 - BATTERY - I | | Case #    30CR-18-261-2 |
|---|---|---|

| A.C.A. # Orig. Charge | ATN 1291038 | Offense was ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |
|---|---|---|

| Offense Date | 8/30/2018 | Appeal from District Court ☐ Yes ☑ No | Probation/SIS Revocation ☐ Yes ☑ No |
|---|---|---|---|

| Criminal History Score | 2 | Seriousness Level | 8 | Offense is ☑ Felony ☐ Misd. ☐ Violation | Offense Classification ☐ Y ☑ A ☐ B ☐ C ☐ D ☐ U |
|---|---|---|---|---|---|

Presumptive Sentence ☑ Prison Sentence of 120 to 300 months ☐ Community Corrections Center ☐ Alternative Sanction

Number of Counts    1    Defendant ☐ Attempted ☐ Solicited ☐ Conspired to Commit the Offense

Defendant Sentence ☑ ADC ☐ Jud Trans ☐ Cnty Jail

If probation or SIS accompanied by period of confinement, state time: ___ days ___ mths

Imposed    204 months
Probation    0 months
SIS    0 months

Sentence was enhanced ___ months, pursuant to A.C.A. 5-74-108
Enhancement(s) is to run ☑ Concurrent ☐ Consecutive

Other ☐ Life ☐ LWOP ☐ Death    ☐ (a) ☑ (b) ☐ (c) ☐ (d)

Defendant was sentenced as a habitual offender, pursuant to A.C.A. 5-4-501, subsection

| Victim Information (Multiple Victims) | ☑ N/A ☐ Yes ☐ No | Age | Sex ☐ Male ☐ Female | Race & Ethnicity ☐ Pacific Islander | ☐ White ☐ Other | ☐ Black ☐ Unknown | ☐ Asian | ☐ Native American ☐ Hispanic |
|---|---|---|---|---|---|---|---|---|

Defendant voluntarily, intelligently and knowingly entered a

☑ negotiated plea of    ☑ guilty ☐ nolo contendere

☐ plea directly to the court of    ☐ guilty ☐ nolo contendere

Defendant
☐ 16-93-301 et seq.
☐ was sentenced pursuant to    ☐ Other _____
☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by    ☐ court ☐ jury
☐ was found guilty at a jury trial & sentenced by    ☐ court ☐ jury
☐ was found guilty of lesser offense by    ☐ court ☐ jury

Sentence is a Departure    ☐ Yes ☑ No ☐ N/A

Sentence Departure    ☐ Durational ☐ Dispositional ☐ Both
If Durational, state how many months above/below the Presumptive Sentence    0

Departure Reason    Mitigating # _____ or Aggravating # _____    (For Agg #17, Mit #9 or departure from guidelines, explain)

Sentence will run ☐ Consecutive ☑ Concurrent    to Offense # _____    or to Case # 30CR-17-377-2

**EXHIBIT F**

Defendant's Full Name:    Mitchell, Robert

| Sex Offenses | Domestic Violence Offenses |
|---|---|
| Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form and pay the Mandatory Sex Offender Fee. ☐ Yes ☑ No | Defendant has been adjudicated guilty of a domestic-violence related offense and must pay additional court costs of $25 under Act 583 of 2017. ☐ Yes ☑ No |
| Defendant has committed an aggravated sex offense as defined in A.C.A. 12-12-903 ☐ Yes ☑ No | Defendant was originally charged with a domestic-violence related offense. ☐ Yes ☑ No If Yes, state the A.C.A. # of the Offense |
| Defendant is alleged to be a sexually dangerous person and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. 12-12-918. ☐ Yes ☑ No | |
| Defendant has been adjudicated guilty of an offense requiring registration and has previously been adjudicated guilty of a prior sex offense under a separate case number. If yes, list prior case numbers. ☐ Yes ☑ No    Case Number(s) | If Yes to either question, identify the relationship of the victim to the Defendant by offense number. |
| **DNA Sample / Qualifying Offenses** | |
| Defendant has been adjudicated guilty of a qualifying offense or repeat offense as defined in A.C.A. 12-12-1103.    ☐ Yes ☑ No | **Drug Crime** Defendant has been adjudicated guilty of a drug crime as defined in A.C.A. 12-17-101. |
| Defendant is ordered to have a DNA sample drawn at ☐ a D.C.C. Facility  ☑ the A.D.C.  ☐ Other | ☐ Yes ☑ No |

| | | | |
|---|---|---|---|
| Court Costs | $150.00 | Restitution | $2,043.00 |
| Fines | | Payable to [If multiple beneficiaries, give names and payment priority] HOT SPRING COUNTY CLERK'S OFFICE; IVAN DIXON, 5232 SAND RD MALVERN AR | |
| Booking/Admin Fees ($20) | $40.00 | | |
| Drug Crime Assessment Fee ($125) | | | |
| DNA Sample Fee ($250) | | Terms ☐ Due Immediately  ☑ Installments of:    PAYMENTS $100 PER MONTH | |
| Children's Advocacy Center Fund Fee | | ☑ Payments must be made within        90 days of release from A.D.C. | |
| Public Defender User Fee ($25) | | ☐ Upon release from confinement, Defendant must return to court to establish payment of restitution. | |
| Public Defender Attorney Fee | | ☑ Restitution is joint and several with co-defendant(s) who was found guilty. List name(s) and case number(s). | |
| Other (explain below) | $0.00 | TIMOTHY GRUBBS 30CR-18-261-1 RAYMOND SHIELDS 30CR-18-261-1 TRAVIS WILSON 30CR-18-261-1 | |

| | Extended Juvenile Jurisdiction Applied |
|---|---|
| Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act.      ☐ Yes ☑ No | |
| The Court hereby orders a judicial transfer to the Department of Community Correction.    ☐ Yes ☑ No | |
| Pursuant to Community Punishment Act, the defendant shall be eligible to have his/her records sealed.   ☐Yes ☑No | ☐ Yes ☑ No |

| JAIL TIME CREDIT In days:   190 | TOTAL TIME TO BE SERVED FOR ALL OFFENSES In months:   204    ☐ Life ☐ LWOP | Death Penalty ☐ Yes ☑ No | If Yes, State Execution Date |
|---|---|---|---|

DEFENDANT IS ASSIGNED TO:    ☑ ADC    ☐ ADC, Admin. Transfer Authorized    ☐ CCC    ☐ COUNTY JAIL    ☐ PROBATION    ☐ SIS

| | | |
|---|---|---|
| Conditions of disposition or probation are attached.    ☐ Yes ☑ No | | ☐ Defendant has previously failed a drug court program |
| A copy of the Pre-sentence investigation on sentencing information is attached A copy of the Prosecutor's Short Report is attached | ☐ Yes ☑ No ☐ Yes ☑ No | |

DEFENDANT WAS INFORMED OF APPELLATE RIGHTS    ☐ Yes ☑ No        Appeal Bond  $

The County Sheriff is hereby ordered to :  ☐ transport the defendant to county jail    ☐ take custody for referral to CCC    ☑ transport to ADC

Defendant shall report to DCC probation officer for report date to CCC    ☐ Yes ☑ No

| | |
|---|---|
| Prosecuting Attorney/Deputy Signature: | Date: 9/27/19  Print Name:  Stephen L. Shirron |
| Circuit Judge Signature: | Date: 9-27-19  Print Name:  Eddy R. Easley |

Additional Info
CONCURRENT WITH 30CR-17-377-2 AND TIME SERVING
NO CONTACT WITH VICTIM