OTCS018A - Time Computation Summary | Page 1 of 1

Name: Mitchell, Robert

OTCS018A

# Time Computation Summary

ADC #: 119186D  PID #: 0097421

Friday February 03, 2023 03:19:18 PM

| Location: | East AR Region | Housing: | BK13040U | Class: | I-C | as of: | 04/21/2020 |
| Total Sentence Length: | 20y 0m 0d | TE Date: | 03/02/2036 | Discharge Date: | 05/20/2039 | | |

## Time Computation Summary (1 - 6 of 6)

| Cmt | Offense | Fel. Cls | Docket Number | County | Sentence | | PE/TE | Jail Time |
|---|---|---|---|---|---|---|---|---|
| AD-001 | Domestic Battering 1st Habitual Offender | B | CR-2008-560 | Garland | 0y 240m 0d | | 1/2* | 521 |
| AD-002 | Criminal Mischief-1st Deg Habitual Offender | C | CR-2008-560 | Garland | 0y 240m 0d | CC | 1/3* | 521 |
| AE-001 | Escape-3rd Degree Habitual Offender | C | CR-2017-421 | Hot Spring | 0y 240m 0d | CC | 1/3* | 10 |
| AF-001 | Aggravated Assault Habitual Offender | D | CR-2017-377 | Hot Spring | 0y 120m 0d | CC | 1/3* | 37 |
| AF-002 | Engage Viol Crim Grp Act Habitual Offender | Y | CR-2018-261 | Hot Spring | 0y 204m 0d | CC | 1/2* | 190 |
| AF-003 | Battery-1st Degree Habitual Offender | Y | CR-2018-261 | Hot Spring | 0y 204m 0d | CC | No GT* | 190 |

EXHIBIT (3)

PAGE (7) OF (16)

EXHIBIT G