IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT S MITCHELL**                                                                 **PETITIONER**

**V.**                         **CASE NO. 4:23-cv-00742-LPR-JTK**

**DEXTER PAYNE,**
*Director, Arkansas Division of Correction*                        **RESPONDENT**

## ORDER

Pending before the Court is Mr. Mitchell's Motion for Leave to File Amended Habeas Petition. (Doc. No. 37) That motion is GRANTED. Respondent is hereby directed to file an amended response to Mr. Mitchell's amended petition (Doc. No. 37-1) within 30 days of this Order.

Also pending is Mr. Mitchell's Motion for Status Update (Doc. Nos. 33), which is denied as moot.

IT IS SO ORDERED this 31st day of July, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE