Gmail

Jonathan Huber <Redacted>

## Robert Mitchell plea offer
1 message

**Jared Davis** <Redacted>  Tue, Dec 4, 2018 at 3:33 PM
To: Jonathan Huber <Redacted>

--
Jared A. Davis
Deputy Prosecuting Attorney
7th Judicial District
501-337-1468

📎 **R. Mitchell plea.docx**
13K

**EXHIBIT B**

November 29, 2018

PLEA OFFER:

Honorable Jonathan Huber
Attorney at Law
203 S. 6th Street
Arkadelphia, AR 71923

                              State v. ROBERT MITCHELL
                              30CR-18-261; 30CR-17-421; 30CR-17-377
CRMINAL HISTORY:    Theft of Property, 1999; Battery 2nd, 2000; Theft of Property, 2000; Forgery 2nd, 2002; Domestic Battery 1st, 2010; Criminal Mischief, 2010

Dear Jonathan:

I am offering the following on the charges in this case:

20 years ADC on 30CR-18-261, 10 years ADC on 30CR-17-377, and 5 years ADC on 30CR-17-421 all run consecutively for a total of 35 years; $2,500 fine, $250 costs, and any restitution that may be owed to the victim.

This offer is contingent on approval by police and victim.

Failure to accept this offer or make some counter-offer by December 7, 2018 will leave us no choice but set this matter for trial.

Yours,


 /s/Jared A. Davis
JARED A. DAVIS