OTCS017C                    **New Release Date Calculation**                    08/25/2025 10:23:55 AM

| | | | | | | |
|---|---|---|---|---|---|---|
| **Commitment:** | AF | | **Count:** 004 | **Served:** Concurrent | **to:** | AF/001 |
| **Offense Date:** | 08/30/2018 | | **Felony Class:** A Felony | **Acts:** 534  1805  UNK | | |
| **Time Comp Flag:** | No GT or Parole (1805, 946, Enhancement) [G] | | **Termer Status:** 4 | **Status:** Imposed | | |

### ▼ Minimum Release

| | Cmt/Count: | AF/004 | All |
|---|---|---|---|
| Sentence Imposed Date | | 09/10/2019 | |
| + Max  0y 204m 0d | | 6208 | 6208 |
| - Jail Time Credits | | 190 | 190 |
| + Dead Time during Max | | 0 | 0 |
| Maximum Release Date | | 03/02/2036 | |
| Time Served to: 08/14/2025 | | 2355 | 2355 |
| Time Remaining to MR | | 3853 | 3853 |

### ▼ Transfer Eligibility

| | Cmt/Count: | AF/004 | All |
|---|---|---|---|
| Sentence Begins Date: | | 03/04/2019 | |
| + Max Term | | 6208 | 6208 |
| + Dead Time before PE | | 0 | 0 |
| - GT (I) for 0 days | | 0 | 0 |
| - GT (II) for 0 days | | 0 | 0 |
| - GT (III) for 0 days | | 0 | 0 |
| + GT Forfeited | | 0 | 0 |
| - GT Restored | | 0 | 0 |
| - Merit/Co. Jail/Lump Sum | | 0 | 0 |
| + Excess GT | | 0 | 0 |
| - GT Proj. in Cl. I-C | | 0 | 0 |
| - Emergency Powers Act | | 0 | 0 |
| Transfer Eligibility Date (TE) | | 03/02/2036 | |
| Time Served to: 08/14/2025 | | 2355 | 2355 |
| Time Remaining to TE | | 3853 | 3853 |
| Net GT Before TE | | 0 | 0 |

### ▼ System Generated Messages

This sentence controls TE date only

### ▼ Sentence Component Comments

Date: 12/29/22 --- Time: 04:26:28 PM --- User: T. Hamp (HAMTO02)

Dkt #18-261 (AF/003) offender convicted of Battery I and has prior conviction of Domestic Battery I in dkt #08-560 (AD/001). Please review TCF on AF/003.

Date: 01/13/23 --- Time: 01:42:38 PM --- User: S. Maroney (LMM1)
TCF corrected to reflect 100%

### ▼ Release Date Changes

**RESPONDENT'S EXHIBIT A**                                                                 1

MITCHELL, ROBERT PID#:0097421 ADC#:119186D

Page 2 of 2
Printed: 08/25/2025 10:24 AM

| Date Changed | Time Changed | MR Date | TE Date |
|---|---|---|---|
| 08/14/2025 | 09:55:35 AM | 03/02/2036 | 03/02/2036 |
| 12/09/2024 | 04:46:59 PM | 03/02/2036 | 03/02/2036 |
| 07/25/2023 | 09:50:07 AM | 03/02/2036 | 03/02/2036 |
| 05/10/2023 | 12:44:58 PM | 03/02/2036 | 03/02/2036 |
| 03/01/2023 | 10:19:55 AM | 03/02/2036 | 03/02/2036 |
| 03/01/2023 | 10:19:51 AM | 03/02/2036 | 03/02/2036 |
| 03/01/2023 | 10:19:49 AM | 03/02/2036 | 03/02/2036 |
| 03/01/2023 | 10:19:34 AM | 03/02/2036 | 03/02/2036 |

**RESPONDENT'S EXHIBIT A**                                                                 **2**