**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROBERT S. MITCHELL** **PETITIONER**
**ADC #119186**

**v.** **Case No: 4:23-cv-00742-LPR**

**DEXTER PAYNE,**
***Director, Arkansas Division of Correction*** **RESPONDENT**

# ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 42) as well as the parties' Objections (Docs. 43 & 44). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions except to the extent they are inconsistent with the following.

Although the Court agrees with the RD that the first claim in the operative habeas petition is properly characterized as an ineffective-assistance-of-counsel claim (and is procedurally defaulted), the Court does not agree that this claim relates back to the original habeas petition. For the reasons set out in the Respondent's Objections (Doc. 44) at pages 8–11, the Court concludes that the ineffective-assistance claim does not relate back and is thus untimely. Given the Court's rulings on untimeliness and procedural default, the Court is not going to adopt the RD's alternative merits analysis related to the ineffective-assistance claim. There is no need to do so, and the Court is concerned that such merits analysis might not be appropriate in the circumstances of this case without an evidentiary hearing. As for the second claim in the operative habeas petition, the Court agrees with the RD that the claim is moot.

Accordingly, the Amended Petition for Writ of Habeas Corpus (Doc. 39) is DISMISSED with prejudice. No certificate of appealability shall issue. The Clerk is instructed to close this case.

IT IS SO ORDERED this 28th day of September 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE