**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROBERT S. MITCHELL** **PETITIONER**
**ADC #119186**

**v.** **Case No: 4:23-cv-00742-LPR**

**DEXTER PAYNE,**
***Director, Arkansas Division of Correction*** **RESPONDENT**

**JUDGMENT**

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED with prejudice. No certificate of appealability shall issue.

IT IS SO ADJUDGED this 28th day of September 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE