**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **ROBERT S. MITCHELL** | | **PETITIONER** |
| ***vs.*** | **No. 4:23-cv-00742-LPR-JTK** | |
| **DEXTER PAYNE,**<br>***Director, Arkansas Division of Correction*** | | **RESPONDENT** |

## PETITIONER'S RENEWED MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW Petitioner Mitchell by his attorney Andrew Thornton, and for his renewed motion to proceed in forma pauperis would respectfully show the Court as follows:

1. This is a habeas action brought under 28 U.S.C. § 2254.

2. Petitioner Mitchell, while proceeding pro se, filed a motion to proceed in forma pauperis on October 16, 2023. (Doc. No. 5.) That motion was denied (Doc No. 6) and Petitioner Mitchell paid the $5 filing fee (Doc. No. 7).

3. Subsequently, the Court appointed undersigned counsel to represent Petitioner Mitchell pro bono. (Doc. No. 34 (citing 18 U.S.C. § 3006A(a)(2)(B).) Implied within that appointment was the finding that Petitioner Mitchell was financially unable to hire a lawyer. *See* § 3006A(a) (referring to "a plan for furnishing representation for any person financially unable to obtain adequate representation").

4. Petitioner Mitchell, now represented, filed an amended habeas petition (Doc. No. 39) that was dismissed with prejudice (Doc. No. 45). A certificate of appealability was denied. (Doc. No. 45.)

5. Petitioner Mitchell has directed undersigned counsel to file a notice of appeal and an application for a certificate of appealability under Fed. R. App. P. 22(b).

6. The filing fee for a notice of appeal is $605.

7. Petitioner Mitchell renews his prior motion to proceed in forma pauperis (Doc. No. 5). If the Court requires, counsel can obtain an updated affidavit, but Petitioner Mitchell is still in custody at the East Arkansas Regional Unit.

WHEREFORE, for these reasons and those stated in his original motion to proceed in forma pauperis (Doc. No. 5), Petitioner Mitchell prays this Honorable Court grant him leave to proceed in forma pauperis, and all other relief just and proper.

Respectfully submitted,

ROBERT S. MITCHELL
Petitioner

By: */s/ Andrew Thornton*
Andrew Thornton, Ark. Bar No. 2016202
Attorney at Law
P.O. Box 13594
Maumelle, AR 72113
(425) 273-0907
andrew@allwrits.com

*Attorney for Petitioner Mitchell*

**CERTIFICATE OF SERVICE**

I certify that on October 7, 2026, I electronically filed this document by CM/ECF, which will serve it upon the respondent's attorney of record.

*/s/ Andrew Thornton*